IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION



FILED IN CLERK'S OFFICE
U.S.D.C. Atlanta

MAR 1 3 2006

LUTHER D. THOMAS, Clerk
By: _____ Deputy Clerk

| | |
|---|---|
| IP CO., LLC, | ) |
| | ) |
| | ) CIVIL ACTION FILE |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) NO. __1:06-CV-0585 CC__ |
| TROPOS NETWORKS, INC., | ) |
| | ) |
| Defendant. | ) **JURY TRIAL DEMANDED** |
| | ) |

## COMPLAINT

NOW COMES Plaintiff IP CO., LLC ("IPCO"), and hereby makes and files this Complaint against defendant TROPOS NETWORKS, INC. ("Tropos") for infringement of U.S. Patent No. 6,249,516 under 35 U.S.C. § 271. IPCO hereby demands a jury trial and alleges as follows:

### Parties

1.     IPCO is a Georgia limited liability corporation headquartered in Atlanta, Georgia.

2.     Tropos is a Delaware corporation, having its principal place of business at 555 Del Rey Avenue, Sunnyvale, California 94085.



## Jurisdiction and Venue

3.     This is an action for patent infringement arising under the patent laws of the United States, Title 35, United States Code. This Court has exclusive subject matter jurisdiction pursuant to 28 U.S.C. § 1338(a).

4.     This Court has personal jurisdiction over Tropos. On information and belief, Tropos regularly conducts business within the State of Georgia and this judicial district, including actions and conduct related to the infringement alleged herein. Tropos has a registered agent located at 1730 South Amphlett Boulevard, Suite 304, San Mateo, California 94402.

5.     Venue is proper in this Court pursuant to 28 U.S.C. §§ 1391 and 1400(b). Tropos has committed acts of infringement within the State of Georgia and, more particularly, within this judicial district.

## COUNT I

## Infringement of the '516 Patent

6.     IPCO repeats and incorporates by reference as if fully stated herein the allegations in paragraphs 1 through 5 above.

7.     United States Patent No. 6,249,516 ("the '516 Patent"), entitled "Wireless Network Gateway and Method for Providing Same," was duly and

legally issued by the United States Patent Office on June 19, 2001, after full and fair examination. A copy of the '516 Patent is attached hereto as Exhibit "A."

8. IPCO is the assignee of all rights, title and interest in and to the '516 Patent and possesses all rights of recovery under the '516 Patent.

9. Upon information and belief, Tropos makes, uses, offers to sell, and/or sells a wireless mesh network system.

10. Tropos has infringed and is infringing at least one claim of the '516 Patent by making, using, offering to sell, and/or selling its wireless mesh network system. In particular, Tropos is infringing the '516 Patent under 35 U.S.C. § 271 by performing, without authority, one or more of the following acts: (a) making, using, offering to sell, and/or selling within the United States products and services that practice the inventions of the '516 Patent; (b) importing into the United States the inventions of the '516 Patent; (c) contributing to the infringement of the '516 Patent by others in the United States; and/or (d) inducing others to infringe the '516 Patent within the United States.

11. Upon information and belief, Tropos's infringement, inducement of infringement, and/or contributory infringement of the '516 Patent has been willful and deliberate after receipt of notice of the '516 Patent.

-3-

12.     IPCO has suffered damages as a result of Tropos's infringement of the '516 Patent and will continue to suffer damages and irreparable harm in the future unless Tropos is enjoined from infringing further the '516 Patent.

## **PRAYER FOR RELIEF**

WHEREFORE, Plaintiff IP CO., LLC prays for the following relief against Defendant Tropos Networks, Inc.:

A.     A judgment that Defendant has directly infringed the '516 Patent, contributorily infringed the '516 Patent, and/or induced infringement of the '516 Patent;

B.     A preliminary, and thereafter permanent, injunction enjoining and restraining Defendant and its officers, directors, agents, servants, employees, attorneys, and all others acting under, by or through them, from directly infringing, contributorily infringing, and inducing the infringement of the '516 Patent;

C.     A judgment and order requiring Tropos to pay IPCO damages under 35 U.S.C. § 284, including treble damages for willful infringement;

D.     A judgment and order requiring Tropos to pay IPCO pre-judgment and post-judgment interest on the damages awarded;

-4-

E. A judgment requiring Tropos to pay the costs of this action (including all disbursements) and attorneys' fees as provided by 35 U.S.C. § 285, with prejudgment interest; and

F. Such other and further relief as this Court may deem just and equitable.

## DEMAND FOR JURY TRIAL

Plaintiff IP CO., LLC hereby demands that all issues be determined by a jury.

[SIGNATURES ON FOLLOWING PAGE]

Respectfully submitted, this 13th day of March, 2006.

DUANE MORRIS LLP

_____
John C. Herman
   (Georgia Bar No. 348370)
Matthew C. Gaudet
   (Georgia Bar No. 287789)
Antony L. Sanacory
   (Georgia Bar No. 625195)
Michael Ridgway Jones
   (Georgia Bar No. 141258)

1180 West Peachtree Street, Suite 700
Atlanta, Georgia 30309-3448
404-253-6900 (telephone)
404-253-6901 (facsimile)

Attorneys for Plaintiff
IP CO., LLC

# EXHIBIT A



US006249516B1

(12) **United States Patent** (10) Patent No.: **US 6,249,516 B1**
Brownrigg et al. (45) Date of Patent: **Jun. 19, 2001**

(54) WIRELESS NETWORK GATEWAY AND METHOD FOR PROVIDING SAME

(76) Inventors: **Edwin B. Brownrigg**, 328 King Rd.,
Roseville, CA (US) 95678; **Thomas W.
Wilson**, 139 Avington Rd., Alameda,
CA (US) 94502

(*) Notice: Subject to any disclaimer, the term of this
patent is extended or adjusted under 35
U.S.C. 154(b) by 0 days.

(21) Appl. No.: 09/492,930

(22) Filed: Jan. 27, 2000

**Related U.S. Application Data**

(62) Division of application No. 08/760,895, filed on Dec. 6,
1996, now Pat. No. 6,044,062.

(51) Int. Cl.[7] ............................................... H04L 12/66
(52) U.S. Cl. ......................................... 370/338; 370/401
(58) Field of Search ............................... 370/338, 349,
370/352, 353, 354, 355, 356, 400, 401,
466, 467, 328, 351, 241; 455/11.1

(56) **References Cited**

U.S. PATENT DOCUMENTS

| 5,282,204 | * | 1/1994 | Shpancer et al. . | |
| 5,592,491 | * | 1/1997 | Dinkins et al. | 455/11.1 |
| 5,732,078 | * | 3/1998 | Arango | 370/355 |
| 5,757,783 | * | 5/1998 | Eng et al. | 370/349 |
| 5,790,938 | * | 8/1998 | Talarmo | 455/11.1 |

OTHER PUBLICATIONS

Frankel, Michael S., "Packet Radios Provide Link for Distributed, Survivable C[3] in Post-Attack Scenarios," MSN Jun. 1983.
Lauer, Greg et al., "Communications in the Information Age," IEEE 1984, pp. 15.1.1–15.1.4.
WestCott, Jil A., "Issues in Distributed Routing for Mobile Packet Radio Network," IEEE 1982, pp. 233–238.
Westcott, Jil et al., "A Distributed Routing Design for a Broadcast Environment," IEEE 1982, pp. 10.4–1–10.4–5.
Kahn, Robert E., "Advances in Packet Radio Technology," IEEE Nov. 1978, vol. 66, No., 11, pp. 1468–1496.
Kahn, Robert E., "The Organization of Computer Resources into a Packet Radio Network," IEEE Jan. 1977, vol. Com–25, No. 1, pp. 269–178.
MacGregor, William et al., "Multiple Control Stations in Packet Radio Network," IEEE 1982, pp. 10.3–1–10.3–5.
Shacham, Nachum et al., "Future Directions in Packet Radio Technology," IEEE 1985, pp. 93–98.
Jubin, John, "Current Packet Radio Network Protocols," IEEE 1985, pp. 86–92.
Gower, Neil et al., "Congestion Control) Using Pacing in a Packet Radio Network," IEEE 1982, pp. 23.1–1–23.1–6.

* cited by examiner

*Primary Examiner*—Huy D. Vu
(74) *Attorney, Agent, or Firm*—Oppenheimer Wolff & Donnelly LLP

(57) **ABSTRACT**

A wireless network system includes a server having a server controller and a server radio modem, and a number of clients each including a client controller and a client radio modem. The server controller implements a server process that includes the receipt and the transmission of data packets via the radio modem. The client controllers of each of the clients implements a client process that includes the receipt and transmission of data packets via the client radio modem. The client process of each of the clients initiates, selects, and maintains a radio transmission path to the server that is either a direct path to the server, or is an indirect path or "link" to the server through at least one of the remainder of the clients. A method for providing wireless network communication includes providing a server implementing a server process including receiving data packets via a radio modem, sending data packets via the server radio modem, communicating with the network, and performing housekeeping functions, and further includes providing a number of clients, each implementing a client process sending and receiving data packets via a client radio modem, maintaining a send/receive data buffer, and selecting a radio transmission path to the server. The radio transmission path or "link" is either a direct path to the server, or an indirect path to the server through at least one of the remainder of the clients. The process preferably optimizes the link to minimize the number of "hops" to the server.

**19 Claims, 42 Drawing Sheets**





US006249516B1

(12) **United States Patent**
Brownrigg et al.

(10) Patent No.: **US 6,249,516 B1**
(45) Date of Patent: **Jun. 19, 2001**

(54) **WIRELESS NETWORK GATEWAY AND METHOD FOR PROVIDING SAME**

(76) Inventors: **Edwin B. Brownrigg**, 328 King Rd., Roseville, CA (US) 95678; **Thomas W. Wilson**, 139 Avington Rd., Alameda, CA (US) 94502

( * ) Notice: Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 0 days.

(21) Appl. No.: **09/492,930**

(22) Filed: **Jan. 27, 2000**

**Related U.S. Application Data**

(62) Division of application No. 08/760,895, filed on Dec. 6, 1996, now Pat. No. 6,044,062.

(51) Int. Cl.[7] .................................................. H04L 12/66
(52) U.S. Cl. ...................................... 370/338; 370/401
(58) Field of Search ........................... 370/338, 349, 370/352, 353, 354, 355, 356, 400, 401, 466, 467, 328, 351, 241; 455/11.1

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 5,282,204 | * | 1/1994 | Shpancer et al. . |
| 5,592,491 | * | 1/1997 | Dinkins et al. .................. 455/11.1 |
| 5,732,078 | * | 3/1998 | Arango ............................ 370/355 |
| 5,757,783 | * | 5/1998 | Eng et al. ...................... 370/349 |
| 5,790,938 | * | 8/1998 | Talarmo ......................... 455/11.1 |

OTHER PUBLICATIONS

Frankel, Michael S., "Packet Radios Provide Link for Distributed, Survivable C[3] in Post–Attack Scenarios," MSN Jun. 1983.

Lauer, Greg et al., "Communications in the Information Age," IEEE 1984, pp. 15.1.1–15.1.4.

WestCott, JD A., "Issues in Distributed Routing for Mobile Packet Radio Network," IEEE 1982, pp. 233–238.

Westcott, Jil et al., "A Distributed Routing Design for a Broadcast Environment," IEEE 1982, pp. 10.4–1–10.4–5.

Kahn, Robert E., "Advances in Packet Radio Technology," IEEE Nov. 1978, vol. 66, No., 11, pp. 1468–1496.

Kahn, Robert E., "The Organization of Computer Resources into a Packet Radio Network," IEEE Jan. 1977, vol. Com–25, No. 1, pp. 169–178.

MacGregor, William et al., "Multiple Control Stations in Packet Radio Network," IEEE 1982, pp. 10.3–1–10.3–5.

Shacham, Nachum et al., "Future Directions in Packet Radio Technology," IEEE 1985, pp. 93–98.

Jubin, John, "Current Packet Radio Network Protocols," IEEE 1985, pp. 86–92.

Gower, Neil et al., "Congestion Control Using Pacing in a Packet Radio Network," IEEE 1982, pp. 23.1–1–23.1–6.

* cited by examiner

Primary Examiner—Huy D. Vu
(74) Attorney, Agent, or Firm—Oppenheimer Wolff & Donnelly LLP

(57) **ABSTRACT**

A wireless network system includes a server having a server controller and a server radio modem, and a number of clients each including a client controller and a client radio modem. The server controller implements a server process that includes the receipt and the transmission of data packets via the radio modem. The client controllers of each of the clients implements a client process that includes the receipt and transmission of data packets via the client radio modem. The client process of each of the clients initiates, selects, and maintains a radio transmission path to the server that is either a direct path to the server, or is an indirect path or "link" to the server through at least one of the remainder of the clients. A method for providing wireless network communication includes providing a server process including receiving data packets via a radio modem, sending data packets via the radio modem, communicating with the network, and performing house-keeping functions, and further includes providing a number of clients, each implementing a client process sending and receiving data packets via a client radio modem, maintaining a send/receive data buffer, and selecting a radio transmission path to the server. The radio transmission path or "link" is either a direct path to the server, or an indirect path to the server through at least one of the remainder of the clients. The process preferably optimizes the link to minimize the number of "hops" to the server.

**19 Claims, 42 Drawing Sheets**



1/42

Network #1 ~ 10

A ~ 22A

20 ~ 18A

28

22B

B

20 ~ 18B

24

S

16

32

30

D ~ 22D

20

C ~ 22C

20 ~ 18C

34

18D

26

12

14

Router

Network #2

Fig. 1

U.S. Patent    Jun. 19, 2001    Sheet 2 of 42    US 6,249,516 B1



Fig. 1a

Fig. 1b

36

| 001 | 002 | 003 | 004 | 005 | 006 | 007 | 008 | 009 | 010 |
|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|
| 011 | 012 | 013 | ●14 | 015 | 016 | 017 | 018 | 019 | 020 |
| 021 | 022 | 023 | 024 | 025 | ●26 | 027 | 028 | 029 | 030 |
| 031 | 032 | 033 | 034 | 035 | 036 | 037 | 038 | 039 | 040 |
| 041 | 042 | 043 | 044 | 045 | 046 | 047 | 048 | 049 | 050 |
| 051 | 052 | 053 | 054 | 055 | 056 | 057 | 058 | 059 | 060 |

Fig. 2a

36

| 001 | 002 | 003 | 004 | ¥05 | 006 | 007 | 008 | 009 | 010 |
| 011 | 012 | 013 | ●14 | 015 | 016 | 017 | 018 | 019 | 020 |
| 021 | 022 | 023 | 024 | 025 | ●26 | 027 | 028 | 029 | 030 |
| 031 | 032 | 033 | 034 | 035 | 036 | 037 | 038 | 039 | 040 |
| 041 | 042 | 043 | 044 | 045 | 046 | 047 | 048 | 049 | 050 |
| 051 | 052 | 053 | 054 | 055 | 056 | 057 | 058 | 059 | 060 |

There is only one Internet server in range of client 5.

5 will issue an "I am alive" packet seeking a route to the Internet.

Internet server 14 will respond and add user client 5 to its routing table as its left son.

The updated routing table of Internet server 14 is: 14(05).

The route from user client 5 to the Internet is: 05>14.

# Fig. 2b

36

| 001 | 002 | 003 | 004 | ¥05 | ¥06 | 007 | 008 | 009 | 010 |
| 011 | 012 | 013 | ●14 | 015 | 016 | 017 | 018 | 019 | 020 |
| 021 | 022 | 023 | 024 | 025 | ●26 | 027 | 028 | 029 | 030 |
| 031 | 032 | 033 | 034 | 035 | 036 | 037 | 038 | 039 | 040 |
| 041 | 042 | 043 | 044 | 045 | 046 | 047 | 048 | 049 | 050 |
| 051 | 052 | 053 | 054 | 055 | 056 | 057 | 058 | 059 | 060 |

There is only one user client in range of client 6.

6 will issue an "I am alive" packet seeking a client repeater route to the Internet.

5 will respond and add 6 to its routing table as its left son.

The updated routing table of Internet server 14 is:
14(05(06)).

The route from user client 6 to the Internet is: 06>05>14.

## Fig. 2c

36

| 001 | 002 | 003 | 004 | ¥05 | ¥06 | ¥07 | 008 | 009 | 010 |
| 011 | 012 | 013 | ●14 | 015 | 016 | 017 | 018 | 019 | 020 |
| 021 | 022 | 023 | 024 | 025 | ●26 | 027 | 028 | 029 | 030 |
| 031 | 032 | 033 | 034 | 035 | 036 | 037 | 038 | 039 | 040 |
| 041 | 042 | 043 | 044 | 045 | 046 | 047 | 048 | 049 | 050 |
| 051 | 052 | 053 | 054 | 055 | 056 | 057 | 058 | 059 | 060 |

There is only one user client in range of client 7.

7 will issue an "I am alive" packet seeking a client repeater route to the Internet.

6 will respond and add 7 to its routing table as its left son.

The updated routing table of Internet server 14 is:
14(05(06(07))).

The route from user client 7 to the Internet is: 07>06>05>14.

Fig. 2d

36

| 001 | 002 | 003 | 004 | ¥05 | ¥06 | ¥07 | 008 | 009 | 010 |
| 011 | 012 | 013 | ●14 | 015 | ¥16 | 017 | 018 | 019 | 020 |
| 021 | 022 | 023 | 024 | 025 | ●26 | 027 | 028 | 029 | 030 |
| 031 | 032 | 033 | 034 | 035 | 036 | 037 | 038 | 039 | 040 |
| 041 | 042 | 043 | 044 | 045 | 046 | 047 | 048 | 049 | 050 |
| 051 | 052 | 053 | 054 | 055 | 056 | 057 | 058 | 059 | 060 |

There is only one Internet server in range of client 16.

16 will issue an "I am alive" packet seeking a route to the Internet.

Internet server 26 will respond and add user client 16 to its routing table as its left son.

The updated routing table of Internet server 26 is: 26(16).

The route from user client 16 to the Internet is: 16>26.

Fig. 2e

Server 14 = 14(05(06))
Server 26 = 26(16(07))

Client 05 = 05(06); >14
Client 06 = 06; >05>14
Client 07 = 07; >16>26
Client 16 = 16(07); >26

In a universe of 6 nodes, of which 2 are servers, the average
hop distance from a client to an Internet server is 1.5.

# Fig. 2f

36

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| ¥01 | ¥02 | ¥03 | ¥04 | ¥05 | ¥06 | ¥07 | ¥08 | ¥09 | ¥10 |
| ¥11 | ¥12 | ¥13 | ●14 | ¥15 | ¥16 | ¥17 | ¥18 | ¥19 | ¥20 |
| ¥21 | ¥22 | ¥23 | ¥24 | ¥25 | ●26 | ¥27 | ¥28 | ¥29 | ¥30 |
| ¥31 | ¥32 | ¥33 | ¥34 | ¥35 | ¥36 | ¥37 | ¥38 | ¥39 | ¥40 |
| ¥41 | ¥42 | ¥43 | ¥44 | ¥45 | ¥46 | ¥47 | ¥48 | ¥49 | ¥50 |
| ¥51 | ¥52 | ¥53 | ¥54 | ¥55 | ¥56 | ¥57 | ¥58 | ¥59 | ¥60 |

Fig. 2g

Server 14 =
14(24(34),23(32(41(51),42(52)),33(43)),13(22(31)),05(06),
04,03(02(11),12(01,21)))

Server 26 =
26(37(48(59(60),49(50),58),38(39(40)),28(29(30)),47(57)),
36(46(56)),35(44(53,54),45(55)),27(18(19(20))),25,
17(08(09(10)),07),16,15)

Client 01 = 01; >12>03>14
Client 02 = 02(11); >03>14
Client 03 = 03(02(11),12(01,21)); >14
Client 04 = 04; >14
Client 05 = 05(06); >14
Client 06 = 06; >05>14
Client 07 = 07; >17>26
Client 08 = 08(09(10)); >17>26
Client 09 = 09(10); >08>17>26
Client 10 = 10; >09>08>17>26
Client 11 = 11; >02>03>14
Client 12 = 12(01,21); >03>14
Client 13 = 13(22(31)); >14
Client 15 = 15; >26
Client 16 = 16; >26
Client 17 = 17(08(09(10)),07); >26
Client 18 = 18(19(20)); >27>26
Client 19 = 19(20); >18>27>26
Client 20 = 20; >19>18>27>26
Client 21 = 21; >12>03>14
Client 22 = 22(31); >13>14
Client 23 = 23(32(41(51),42(52)),33(43)); >14
Client 24 = 24(34); >14
Client 25 = 25; >26
Client 27 = 27(18(19(20))); >26
Client 28 = 28(29(30));>37>26
Client 29 = 29(30);>28>37>26
Client 30 = 30;>29>28>37>26
Client 31 = 31;>22>13>14

# Fig. 2h'

Client 32 = 32(41(51),42(52)); >23>14
Client 33 = 33(43);>23>14
Client 34 = 34;>24>14
Client 35 = 35(44(53,54),45(55));>26
Client 36 = 36(46(56));>26
Client 37 = 37(48(59(60),49(50),58),38(39(40)),
28(29(30)),47(57));>26
Client 38 = 38(39(40));>37>26
Client 39 = 39(40);>38>37>26
Client 40 = 40;>39>38>37>26
Client 41 = 41(51);>32>23>14
Client 42 = 42(52);>32>23>14
Client 43 = 43;>33>23>14
Client 44 = 44(53,54);>35>26
Client 45 = 45(55);>35>26
Client 46 = 46(56);>36>26
Client 47 = 47(57);>37>26
Client 48 = 48(59(60),49(50),58);>37>26
Client 49 = 49(50);>48>37>26
Client 50 = 50;>49>48>37>26
Client 51 = 51;>41>32>23>14
Client 52 = 52;>42>32>23>14
Client 53 = 53;>44>35>26
Client 54 = 54;>44>35>26
Client 55 = 55;>45>35>26
Client 56 = 56;>46>36>26
Client 57 = 57;>47>37>26
Client 58 = 58;>48>37>26
Client 59 = 59(60);>48>37>26
Client 60 = 60;>59>48>37>26

In a universe of 60 nodes, of which 2 are servers, the average hop
distance from a client to an Internet server is 2.36206897.

# Fig. 2h"

Traversing user client universe . . ..

User client, 9, has 5 user client neighbors.

User client, 9, will probe each for the shortest route to the Internet.
9's current route to the Internet is: nonexistant.

9 is now probing 10.
User client, 9, has no Internet server.
9's current route to the Internet is: nonexistant.

9 is now probing 20.
User client, 9, has no Internet server.
9's current route to the Internet is: nonexistant.

9 is now probing 19.
User client, 9, has no Internet server.
9's current route to the Internet is: nonexistant.

9 is now probing 18.
User client, 9, has no Internet server.
9's current route to the Internet is: nonexistant.

9 is now probing 8.
User client 8 will add 9 to its routing table as its left son.

The updated routing table of Internet server 14 is:
14(05(06(07(08(09)))),04,03).

The route from user client 9 to the Internet is:
09>08>07>06>05>14.

## Fig. 2i

Traversing user client universe . . ..

User client, 29, has 8 user client neighbors.

User client, 29, will probe each for the shortest route to the Internet.
29's current route to the Internet is: nonexistant.

29 is now probing 19.
User client 19 will add 29 to its routing table as its left son.

The updated routing table of Internet server 14 is: ·
14(24,23,13,05(06(07(08(18(28),09(19(29),10(20))))))),
04,03(12(22,21))).

The route from user client 29 to the Internet is:
29>19>09>08>07>06>05>14.

# Fig. 2j

Traversing user client universe . . ..

User client, 7, has 5 user client neighbors.

User client, 7, will probe each for the shortest route to the Internet.
7's current route to the Internet is: 07>06>05>14.

7 is now probing 8.
7's current route to the Internet is:  07>06>05>14.

7 is now probing 18.
7's current route to the Internet is:  07>06>05>14.

7 is now probing 17.
User client, 7, has probed its neighbor, user client, 17, and found a
shorter path to the Internet.

The old routing table of Internet server, 14, is:
14(24(34(44(54))),23(33(43(53))),13,05(06(07(08(18(28(38(48(58)))),
09(19(29(39(49(59)))),10(20(30(40(50(60)))))))))),04,03(02,12(01,
22(32(42(52))),21(31(41(51)))))).

The updated routing table of Internet server, 26, is:
26(37(47(57)),36(46(56)),35(45(55)),27,25,17(07(08(18(28(38
(48(58)))),09(19(29(39(49(59)))),10(20(30(40(50(60)))))))),16,15).

The route from user client, 7, to the Internet is:  07>17>26.
7's current route to the Internet is:  07>17>26.

7 is now probing 16.
7's current route to the Internet is:  07>17>26.

7 is now probing 6.
7's final route is 07>17>26.

# Fig. 2k

Traversing user client universe . . ..

User client, 8, has 5 user client neighbors.

User client, 8, will probe each for the shortest route to the Internet.
8's current route to the Internet is: 08>07>17>26.

8 is now probing 9.
8's current route to the Internet is:  08>07>17>26.

8 is now probing 19.
8's current route to the Internet is:  08>07>17>26.

8 is now probing 18.
8's current route to the Internet is:  08>07>17>26.

8 is now probing 17.
User client, 8, has probed its neighbor, user client, 17, and found a
shorter path to the Internet.

The old routing table of Internet server, 26, is:
26(37(47(57)),36(46(56)),35(45(55)),27,25,17(07(08(18(28(38
(48(58)))),09(19(29(39(49(59)))),10(20(30(40(50(60))))))))),16,15).

The updated routing table of Internet server, 26, is:
26(37(47(57)),36(46(56)),35(45(55)),27,25,17(08(18(28(38
(48(58)))),09(19(29(39(49(59)))),10(20(30(40(50(60)))))))),07),16,15).

The route from user client, 8, to the Internet is:  08>17>26.
8's current route to the Internet is:  08>17>26.

8 is now probing 7.
8's final route is 08>17>26.

# Fig. 2I

Traversing user client universe . . ..

User client, 18, has 8 user client neighbors.

User client, 18, will probe each for the shortest route to the Internet.
18's current route to the Internet is: 18>08>17>26.

18 is now probing 8.
18's current route to the Internet is:  18>08>17>26.

18 is now probing 9.
18's current route to the Internet is:  18>08>17>26.

18 is now probing 19.
18's current route to the Internet is:  18>08>17>26.

18 is now probing 29.
18's current route to the Internet is:  18>08>17>26.

18 is now probing 28.
18's current route to the Internet is:  18>08>17>26.

18 is now probing 27.
User client, 18, has probed its neighbor, user client, 27, and found a
shorter path to the Internet.
The old routing table of Internet server, 26, is:
26(37(47(57)),36(46(56)),35(45(55)),27,25,17(08(18(28(38
(48(58)))),09(19(29(39(49(59)))),10(20(30(40(50(60))))))),07),16,15).

The updated routing table of Internet server, 26, is:
26(37(47(57)),36(46(56)),35(45(55)),27(18(28(38(48(58))))),25,
17(08(09(19(29(39(49(59)))),10(20(30(40(50(60))))))),07),16,15).

The route from user client, 18, to the Internet is:  18>27>26.
18's current route to the Internet is:  18>27>26.

18 is now probing . . ..

18's final route is 18>27>26.

# Fig. 2m

User client, 29, has 8 user client neighbors.

User client, 29, will probe each for the shortest route to the Internet.
29's current route to the Internet is: 29>19>18>27>26.

29 is now probing 19.
29's current route to the Internet is: 29>19>18>27>26.

29 is now probing 20.
29's current route to the Internet is: 29>19>18>27>26.

29 is now probing 30.
29's current route to the Internet is: 29>19>18>27>26.

29 is now probing 40.
29's current route to the Internet is: 29>19>18>27>26.

29 is now probing 39.
29's current route to the Internet is: 29>19>18>27>26.

29 is now probing 38.
29's current route to the Internet is: 29>19>18>27>26.

29 is now probing 28.
User client, 29, has probed its neighbor, user client, 28, and found a
shorter path to the Internet.
The old routing table of Internet server, 26, is:
26(37(28(38(48(58))),47(57)),36(46(56)),35(45(55)),27(18(19(20
(30(40(50(60)))),29(39(49(59))))))),25,17(08(09(10)),07),16,15).

The updated routing table of Internet server, 26, is:
26(37(28(29(39(49(59))),38(48(58))),47(57)),36(46(56)),35(45(55)),
27(18(19(20(30(40(50(60))))))),25,17(08(09(10)),07),16,15).

The route from user client, 29, to the Internet is: 29>28>37>26.
29's current route to the Internet is: 29>28>37>26.

29 is now probing 18.
29's final route is 29>28>37>26.

# Fig. 2n

Traversing user client universe . . ..

User client, 44, has 8 user client neighbors.

User client, 44, will probe each for the shortest route to the Internet.
44's current route to the Internet is: 44>34>24>14.

44 is now probing 34.
44's current route to the Internet is:  44>34>24>14.

44 is now probing 35.
User client, 44, has probed its neighbor, user client, 35, and found a
shorter path to the Internet.
The old routing table of Internet server, 14, is:
14(24(34(44(54))),23(32(41(51),42(52)),33(43(53))),13(22(31)),
05(06),04,03(02,12(01(11),21))).

The updated routing table of Internet server, 14, is:
14(24(34),23(32(41(51),42(52)),33(43(53))),13(22(31)),05(06),04,
03(02,12(01(11),21))).

The updated routing table of Internet server, 26, is:
26(37(38(39(40(50(60)),49(59)),48(58)),28(29(30)),47(57)),36(46
(56)),35(44(54),45(55)),27(18(19(20))),25,17(08(09(10)),07),16,15).

The route from user client, 44, to the Internet is:  44>35>26.
44's current route to the Internet is:  44>28>37>26.

44 is now probing . . .

.

.

44's final route is 44>35>26.

# Fig. 2o



Fig. 3

20/42



Fig. 4



Fig. 5