IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| IP CO., LLC, | ) | |
| | ) | |
| | ) | CIVIL ACTION FILE |
| Plaintiff, | ) | NO. 1:06-CV-0585 |
| | ) | |
| v. | ) | |
| | ) | |
| TROPOS NETWORKS, INC., | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

**NOTICE OF FILING RETURN OF SERVICE OF PROCESS**

NOW COMES Plaintiff IP CO., LLC and hereby files this Notice of Filing Return of Service of Process in the above-captioned matter. The original Return of Service for defendant Tropos Networks, Inc. is attached hereto as Exhibit "A."

Respectfully submitted, this 7th day of April, 2006.

DUANE MORRIS LLP

By: /s/ Michael Ridgway Jones
John C. Herman
Georgia Bar No. 348370
Michael Ridgway Jones
Georgia Bar No. 141258

1180 West Peachtree Street
Suite 700
Atlanta, GA 30309-3448
404.253.6900

Attorneys for Plaintiff
**IP CO., LLC.**

CERTIFICATE OF COMPLIANCE

As required by Local Rule 7.1D, I hereby certify that this pleading has been prepared in Times New Roman 14-Point font, one of the font and point selections approved by this Court in Local Rule 5.1B.

This 7th day of April, 2006.

/s/ Michael Ridgway Jones
Michael Ridgway Jones

# EXHIBIT A

# WHEELS OF JUSTICE, INC.

W2449784

657 Mission Street, Suite 502, San Francisco, California 94105 Tel: (415) 546-6000 (fax) 546-6199

Attorney JOHN C. HERMAN

Telephone (415) 371-2200
Fax (415) 371-2201
Atty File IP CO., LLC

Attention Beth

Firm DUANE MORRIS LLP

One Market, Spear Twr, Suite 2000
San Francisco, California 94105

Date April 3, 2006

Court UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA - ATLANTA

Plaintiff IP CO., LLC
Defendant TROPOS NETWORKS, INC.
Case No. 1:06-CV-0585

Documents SUMMONS ON A CIVIL CASE; COMPLAINT - JURY TRIAL DEMANDED

Serve: TROPOS NETWORKS, INC.

| Residence Address (1) | Business Address (2) |
|---|---|
| 1730 S. Amphlett Boulevard, Suite 304<br>San Mateo, California 94402<br><br>*BAD ADDRESS* | 555 Del Rey Avenue<br>Sunnyvale, CA 94085<br>Bus Phone<br>MIKE TAYLOR, Agent For Service Of Process |

## STATUS REPORT

Hearing Date Time Dept Last Date to Serve *do-today*

Description Age 40 Hgt 5'7" Race Cauc Wt 160 Sex M Hair **Dark Brown**

Service Date 4/4/06 Time 2:23 p.m. Servers Name William E. Galdamez

Report Entire third floor of provided address is under construction/ building maintenance says they were at 1710 S. Amphlett but moved one year ago,

Relocated to
555 Del Rey Avenue
Sunnyvale, CA 94085
408.331.6800

Personal service on MIKE TAYLOR, Authorized Agent at the located business address.

Attorney Check Attached ______

*Thank you for using WHEELS OF JUSTICE, INC.*

***An invoice will follow with the Monthly Statement***

CERTIFICATE OF SERVICE

The undersigned counsel hereby certifies that on April 7, 2006, a true and correct copy of the NOTICE OF FILING RETURN OF SERVICE OF PROCESS was electronically filed with the Clerk using the CM/ECF system which will automatically send e-mail notification of such filing to all attorneys of record.

This 7th day of April, 2006.

/s/ Michael Ridgway Jones
Michael Ridgway Jones