IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| IP CO., LLC, | ) |
| | ) |
| | ) CIVIL ACTION FILE |
| Plaintiff, | ) |
| | ) NO. 1:06-CV-0585 CC |
| v. | ) |
| | ) |
| TROPOS NETWORKS, INC., | ) |
| | ) |
| Defendant. | ) |
| | ) |

## JOINT CERTIFICATE OF INTERESTED PERSONS

NOW COME IP CO., LLC ("IPCO") and TROPOS NETWORKS, INC. ("Tropos") and, pursuant to Local Rule 3.3, hereby make and file this Joint Certificate of Interested Persons.

1.  The undersigned Counsel of Record for the parties to this action certify that the following is a full and complete list of all parties in this action:

    (a)  IP CO., LLC

    (b)  Tropos Networks, Inc.

2.  The undersigned further certify that the following is a full and complete list of all other persons, associations of persons, firms, partnerships, or corporations (including those related to a party as a subsidiary, conglomerate, affiliate, or parent corporation) having either a financial interest in or other interest which could be substantially affected by the outcome of this particular case:

    (a)  For Plaintiff IP CO., LLC:

DM1\661547.1

-2-

    IP CO., LLC

    CommUnique Wireless, LLC

    Duane Morris LLP

    (b)    For Defendant Tropos Networks, Inc.:

[TO BE SUPPLIED]

3.    The undersigned further certify that the following is a full and complete list of all persons serving as attorneys for the parties in this proceeding:

    (a)    IP CO., LLC:

        John C. Herman
        Antony L. Sanacory
        Telka Johnson

        DUANE MORRIS LLP
        1180 West Peachtree Street
        Suite 700
        Atlanta, Georgia 30309-4530

    (b)    Tropos Networks, Inc.:

[TO BE SUPPLIED]

-3-

Respectfully submitted, this __ day of July, 2006.

DUANE MORRIS LLP

| | |
|---|---|
| S/John C. Herman | S/ |
| John C. Herman | |
|   (Ga. Bar No. 348370) | |
| Antony L. Sanacory | Counsel for Defendant |
|   (Ga. Bar No. 625195) | TROPOS NETWORKS, INC. |

1180 West Peachtree Street
Suite 700
Atlanta, Georgia 30309-3448
(404) 253-6900 (Telephone)
(404) 253-6901 (Facsimile)

Counsel for Plaintiff
IP CO., LLC

-3-