IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

IP CO., LLC,                                          :
                                                     :
                              Plaintiff,             :
                                                     :        CIVIL ACTION NO.
vs.                                                  :
                                                     :        1:06-CV-0585-CC
TROPOS NETWORKS, INC.,                               :
                                                     :
                              Defendant.             :

## ORDER

This matter is presently before the Court on Defendant's Motion to Dismiss, Stay, or Transfer [Doc. No. 6-1]. Insofar as the California action addressed in this motion, Tropos Networks, Inc. v. IPCO, LLC, et al., C05-4281 EMC, was transferred to this Court on July 13, 2006, and is currently pending as Civil Action No. 1:06-CV-1659-CC, Defendant's motion is hereby **DENIED** as moot.

SO ORDERED this 8th day of November, 2006.


s/ CLARENCE COOPER

CLARENCE COOPER
UNITED STATES DISTRICT JUDGE