IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

|  |  |  |
|---|---|---|
| IP CO, LLC, | ) | |
| | ) | |
| Plaintiff, | ) | CIVIL ACTION FILE |
| | ) | |
| vs. | ) | |
| | ) | |
| TROPOS NETWORKS, INC., | ) | NO.:  1:06 CV-0585-CC |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

### NOTICE OF LAW FIRM'S CHANGE OF ADDRESS

To:   The Clerk of Court and All Parties of Record

**PLEASE TAKE NOTICE** that the law firm of Feldman Gale, P.A. will move its office location effective April 23, 2007.  As of April 23, 2007, all papers, correspondence and communications should be directed to the Firm's new address as follows:

> **FELDMAN GALE, P.A.**
> **One Biscayne Tower, 30th Floor**
> **2 South Biscayne Blvd.**
> **Miami, Florida 33131**
> **Telephone:  (305) 358-5001**
> **Facsimile:   (305) 358-3309**

The Firm's office telephone and facsimile numbers remain the same, as do the telephone numbers and email addresses for the Firm's individual attorneys of record.

Respectfully submitted this 23rd day of April, 2007.

/s/ **Damon J. Whitaker**
Ryan T. Pumpian
Georgia Bar No. 589822
Damon J. Whitaker
Georgia Bar No. 75222

**POWELL GOLDSTEIN LLP**
One Atlantic Center, Fourteenth Floor
1201 West Peachtree Street, N.W.
Atlanta, Georgia 30309-3488
Tel:   (404) 572-6600
Fax:   (404) 572-6999

    – AND –

James A. Gale (*pro hac vice*)
Lawrence S. Gordon (*pro hac vice*)
Gregory L. Hillyer (*pro hac vice*)
Sheila Harrison (*pro hac vice*)
**FELDMAN GALE, P.A.**
One Biscayne Tower, 30th Floor
2 South Biscayne Blvd.
Miami, FL  33131

Attorneys for Tropos Networks, Inc.

## CERTIFICATE OF SERVICE

The undersigned counsel hereby certifies that on April 23, 2007, a true and correct copy of the foregoing **NOTICE OF LAW FIRM'S CHANGE OF ADDRESS** was electronically filed with the Clerk of Court using the EM/ECF system which will automatically send email notification of such filing to the following attorneys of record:

**DUANE MORRIS LLP**
John C. Herman (jcherman@duanemorris.com)
Antony L. Sanacory (alsanacory@duanemorris.com)

/s/ **Damon J. Whitaker**
Ryan T. Pumpian
Georgia Bar No. 589822
Damon J. Whitaker
Georgia Bar No. 75222

**POWELL GOLDSTEIN LLP**
One Atlantic Center, Fourteenth Floor
1201 West Peachtree Street, N.W.
Atlanta, Georgia 30309-3488
Tel:   (404) 572-6600
Fax:   (404) 572-6999

Attorneys for Tropos Networks, Inc.

::ODMA\PCDOCS\ATL\1157181\1

1