IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| IP Co., LLC, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Civil Action File |
| | ) | |
| TROPOS NETWORKS, INC., | ) | No. 1:06-CV-00585-CC |
| | ) | |
| Defendant. | ) | |
| | ) | |
| _____ | ) | |

**[PROPOSED] ORDER GRANTING OPPOSED MOTION TO LIFT STAY**

Having considered Plaintiff IP Co, LLC's Opposed Motion to Lift Stay, IT

IS SO ORDERED, that the Motion to Lift Stay is GRANTED.


_s/CLARENCE COOPER_____

Judge Clarence Cooper