IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| IP CO., LLC,<br><br>        Plaintiff,<br><br>v.<br><br>TROPOS NETWORKS, INC.,<br><br>        Defendant. | CIVIL ACTION FILE NO.<br>1:06-CV-00585 CC |

### NOTICE OF WITHDRAWAL OF JOHN W. HARBIN AS COUNSEL FOR DEFENDANT TROPOS NETWORKS, INC.

Defendant TROPOS NETWORKS, INC., ("Tropos") notifies the Court, the Clerk of Court and all parties to this action of the withdrawal of John W. Harbin as counsel for Tropos because Mr. Harbin and the law firm of King & Spalding have been replaced as counsel for Tropos by the law firm of Bondurant, Mixson & Elmore, LLP and attorneys Edward B. Krugman and Tiana Mykkeltvedt. Tropos also continues to be represented by Feldman Gale, P.A.

Respectfully submitted this 18th day of October, 2011.

/s/ John W. Harbin<br>Georgia Bar No. 324130<br>jharbin@kslaw.com

KING & SPALDING
1180 Peachtree Street, NW
Atlanta, GA 30309
Tel: (404) 572-2595
Fax: (404) 572-5134

## CERTIFICATE OF SERVICE

The undersigned counsel hereby certifies that on October 18, 2011, a true and correct copy of the foregoing NOTICE OF WITHDRAWAL OF JOHN W. HARBIN AS COUNSEL FOR DEFENDANT TROPOS NETWORKS, INC. was electronically filed with the Clerk of Court using the CM/ECF system which will automatically send email notification of such filing to all attorneys of record.

/s/ John W. Harbin<br>Georgia Bar No. 324130