IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| IP CO., LLC, | : |
| | : |
| Plaintiff, | : |
| | : CIVIL ACTION FILE: |
| v. | : 1:06-CV-00585-CC |
| | : |
| TROPOS NETWORKS, INC., | : |
| | : |
| Defendant. | : |

**UNOPPOSED MOTION FOR WITHDRAWAL OF
COUNSEL FOR DEFENDANT TROPOS NETWORKS, INC.**

Defendant Tropos Networks, Inc. ("Tropos") was acquired last year by ABB and has now engaged Morris, Manning and Martin, LLP and Latham & Watkins, LLP to represent it in this action. Accordingly, Edward B. Krugman, Tiana Mykkeltvedt, James A. Gale, Lawrence S. Gordon, Gregory L. Hillyer, and Sheila Harrison (collectively the "Former Tropos Counsel") respectfully move the Court for the withdrawal of their appearances and the appearances of Bondurant Mixson & Elmore, LLP and Feldman Gale, P.A. as counsel for Tropos. Tropos, through its new counsel, and IP CO., LLC, through its counsel, have stated that they do not oppose this motion.

1034936.1

WHEREFORE, the Former Tropos Counsel respectively request that their motion for withdrawal be granted.

Respectfully submitted, this 3rd day of January, 2013.

/s/ Edward B. Krugman
Edward B. Krugman
Georgia Bar No. 429927
Tiana Mykkeltvedt
Georgia Bar No. 533512
Bondurant, Mixson & Elmore, LLP
1201 W. Peachtree Street, Suite 3900
Atlanta, GA 30309
(404) 881-4100
krugman@bmelaw.com
mykkeltvedt@bmelaw.com

James A. Gale, Esq. *(phv)*
Lawrence S. Gordon, Esq. *(phv)*
Gregory L. Hillyer, Esq. *(phv)*
Sheila Harrison, Esq. *(phv)*
Feldman Gale, P.A.
2 South Biscayne Blvd., 30th Floor
Miami, FL 33131

*Attorneys for Tropos Networks, Inc.*

1034936.1

## **CERTIFICATE OF COMPLIANCE**

As required by Local Rule 7.1D, I hereby certify that this pleading has been prepared in Times New Roman 14-Point font, one of the font and point selections approved by this Court in Local Rule 5.1B.

*/s/ Edward B. Krugman*
Edward B. Krugman

1034936.1

## **CERTIFICATE OF SERVICE**

I hereby certify that on January 3, 2013, I electronically filed the foregoing UNOPPOSED MOTION FOR WITHDRAWAL OF COUNSEL FOR DEFENDANT TROPOS NETWORKS, INC. with the Clerk of Court using the CM/ECF system which will automatically send e-mail notification of such filing to the following attorneys of record:

> John Weldon Harbin, Esq.
> King & Spalding, LLP
> 1180 Peachtree Street, NE, Suite 1700
> Atlanta, GA 30309-3521
> jharbin@kslaw.com
>
> Antony L. Sanacory, Esq.
> Duane Morris, LLP
> 1180 West Peachtree Street, NW, Suite 700
> Atlanta, GA 30309-3448
> alsanacory@duanemorris.com
>
> John C. Herman, Esq.
> Ryan K. Walsh, Esq.
> Jessica M. Kattula, Esq.
> Robbins Geller Rudman & Dowd, LLP
> 3424 Peachtree Road, NE, Suite 1650
> Atlanta, GA 30326
> jherman@rgrdlaw.com
> rwalsh@rgrdlaw.com
> jkattula@rgrdlaw.com

1034936.1

Bryan G. Harrison, Esq.
Morris, Manning & Martin, LLP
1600 Financial Center
3343 Peachtree Road, N.E.
Atlanta, GA 30326-1044
bgh@mmmlaw.com

Robert Steinberg, Esq.
Latham & Watkins LLP
355 South Grand Avenue
Los Angeles, CA 90071
Bob.Steinberg@lw.com

Lisa Nguyen, Esq.
Latham & Watkins LLP
140 Scott Drive
Menlo Park, CA 94025
Lisa.Nguyen@lw.com


                                         */s/ Edward B. Krugman*
                                         Edward B. Krugman

1034936.1