IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| IP CO., LLC,<br><br>           Plaintiff,<br><br>     v.<br><br>Tropos Networks, Inc.,<br><br>           Defendant. | CASE NO. 1:06-CV-0585 CC<br><br><br><br>**JURY TRIAL DEMANDED** |

## TROPOS' CERTIFICATE OF INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT

Pursuant to Federal Rule of Civil Procedure 7.1 and Local Rule 3.3, Defendant Tropos Networks, Inc. hereby makes and files this Certificate of Interested Persons and Corporate Disclosure Statement:

(**1**) The undersigned counsel of record for a party to this action certifies that the following is a full and complete list of all parties in this action, including any parent corporation and any publicly held corporation that owns 10% or more of the stock of a party:

The named parties to this action are IP Co., LLC and Tropos Networks, Inc.  The parent corporation of Tropos Networks, Inc. is ABB Inc.  Tropos Networks, Inc. is an indirect subsidiary of ABB Ltd., a publicly held corporation.

(**2**) The undersigned further certifies that the following is a full and complete list of all other persons, associations, firms, partnerships, or corporations having either a

- 1 -

financial interest in or other interest which could be substantially affected by the outcome of this particular case:

Other than the disclosures above, Tropos Networks, Inc. is not presently aware of any other persons, associations, firms, partnerships, or corporations having either a financial interest in or other interest which could be substantially affected by the outcome of this particular case.

**(3)** The undersigned further certifies that the following is a full and complete list of all persons serving as attorneys for the parties in this proceeding:

The following counsel represent Defendant Tropos Networks, Inc.:

Bryan G. Harrison
MORRIS, MANNING & MARTIN, LLP
1600 Atlanta Financial Center
3343 Peachtree Road, N.E.
Atlanta, Georgia 30326

Robert Steinberg
LATHAM & WATKINS LLP
355 South Grand Avenue
Los Angeles, CA 90071

Lisa K. Nguyen
LATHAM & WATKINS LLP
140 Scott Drive
Menlo Park, CA 94025

On information and belief, the following counsel represent Plaintiff IP Co., LLC:

John C. Herman
Ryan K. Walsh
Jessica M. Kattula
James McDonough
ROBBINS GELLER RUDMAN & DOWD LLP

Monarch Centre, Suite 1650
3424 Peachtree Road, N.E.
Atlanta, GA 30326


Respectfully Submitted,

January 8, 2013                    By: */s/ Bryan G. Harrison*

                                               Bryan G. Harrison
                                               MORRIS, MANNING & MARTIN, LLP
                                               1600 Atlanta Financial Center
                                               3343 Peachtree Road, N.E.
                                               Atlanta, Georgia 30326
                                               Phone: (404) 233-7000
                                               Fax: (404) 365-9532

                                               Of Counsel:

                                               Robert Steinberg
                                               LATHAM & WATKINS LLP
                                               355 South Grand Avenue
                                               Los Angeles, CA 90071
                                               Tel: (213) 891-8989
                                               Bob.Steinberg@lw.com

                                               Lisa K. Nguyen
                                               LATHAM & WATKINS LLP
                                               140 Scott Drive
                                               Menlo Park, CA 94025
                                               Tel: (650) 470-4848
                                               Lisa.Nguyen@lw.com

                                               *Attorneys for Defendants*

- 4 -

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| IP CO., LLC, <br><br> Plaintiff, <br><br> v. <br><br> Tropos Networks, Inc., <br><br> Defendant. | CASE NO. 1:06-CV-0585 CC <br><br><br> **JURY TRIAL DEMANDED** |

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system this 8th day of January 2013.

/s/ Bryan G. Harrison
Bryan G. Harrison
Georgia Bar No. 331750