IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

IP CO., LLC,                                  :
                                             :
                    Plaintiff,               :
                                             :        CIVIL ACTION NO.
vs.                                          :
                                             :        1:06-CV-0585-CC
TROPOS NETWORKS, INC.,                       :
                                             :
                    Defendant.               :

## SCHEDULING ORDER

This matter is before the Court on a Proposed Scheduling Order [Doc. No. 98] filed by the parties in the above-styled action.  After considering the parties' proposed scheduling order, conferring with the parties, and reviewing the case, the Court **ENTERS** this case-specific order.  This order will control disposition of this action pending further order of the Court.  The following actions shall be completed by the date indicated.

### DEADLINES

| | |
|---|---|
| January 14, 2013 | Joint Preliminary Report and Discovery Plan.  Due within five (5) days of today's scheduling conference. |
| February 13, 2013 | Disclosure of Infringement Contentions.  Due within thirty (30) days of the Joint Preliminary Report and Discovery Plan. |
| March 15, 2013 | Deadline to add additional parties. |
| March 15, 2013 | Disclosure of Invalidity Contentions and Response to Infringement.  Due within thirty (30) days after the Disclosure of Infringement Contentions. |
| *See* LR 16.3 | Good-faith settlement conference. |
| April 15, 2013 | Exchange of Proposed Terms for Construction. Parties shall simultaneously exchange a list of claim terms, phrases, or clauses which the party contends should be construed by the Court, and identify any claim element which the party contends should be governed by 35 U.S.C. § 112(6).  Due within ninety (90) days of the Joint Preliminary Report and Discovery Plan. |
| May 6, 2013 | Exchange of Preliminary Constructions.  Parties shall |

|  | simultaneously exchange a preliminary proposed construction of each claim term, phrase, or clause which any party has identified for claim construction purposes. Due within twenty (20) days after the exchange of Proposed Terms for Construction. |
|---|---|
| May 24, 2013 | Joint Claim Construction Statement. Due within one hundred and thirty (130) days after filing the Joint Preliminary Report and Discovery Plan. |
| June 10, 2013 | Claim construction discovery closes fifteen (15) days after Joint Claim Construction Statement. |
| June 24, 2013 | Opening brief and any evidence supporting claim construction. Due thirty (30) days after the Joint Claim Construction Statement. |
| July 15, 2013 | Responsive brief and supporting evidence. Due twenty (20) days after the opening brief. |
| August 1, 2013 | Reply brief. |
| To be scheduled | Claim construction hearing. |
| *See* Patent L.R. 5.2(a)[1] | Discovery of the substance of opinions of counsel. |
| *See* Patent L.R. 6.7 | Close of fact discovery. |
| *See* Patent L.R. 7.1(b) | Initial expert witness disclosures on issues on which a party bears the burden of proof. |
| *See* Patent L.R. 7.1(c) | Initial expert witness disclosures on issues on which the opposing party bears the burden of proof. |
| *See* Patent L.R. 7.1(d) | Rebuttal expert witness disclosures. |
| *See* Patent L.R. 7.2 | Depositions of experts. |
| *See* LR 16.3[2] | Good-faith settlement conference. |
| *See* LR 56.1D | Summary judgment motions. |
| *See* LR 26.2C | Daubert motions. |
| *See* LR 16.4A | Proposed Consolidated Pretrial Order. |
| To be scheduled | Trial. |

## SIGNATURE ON FOLLOWING PAGE

---

[1]   "Patent L.R." refers to this Court's Local Rules of Practice for Patent Cases.

[2]   "LR" refers to this Court's Civil Local Rules of Practice.

SO ORDERED this <u>9th</u> day of <u>January</u>, 2013.

<u>*s/   CLARENCE COOPER*</u>
CLARENCE COOPER
SENIOR UNITED STATES DISTRICT JUDGE