# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

## 1:06-cv-00585-CC
## IP Co., LLC v. Tropos Networks, Inc.
## Honorable Clarence Cooper

Minute Sheet for proceedings held In Open Court on 01/09/2013.

TIME COURT COMMENCED: 9:30 A.M.
TIME COURT CONCLUDED: 9:50 A.M.　　COURT REPORTER: Amanda Lohnaas
TIME IN COURT: 0:20　　　　　　　　　DEPUTY CLERK: Velma Shanks
OFFICE LOCATION: Atlanta

| | |
|---|---|
| ATTORNEY(S) PRESENT: | Bryan Harrison representing Tropos Networks, Inc.<br>John Herman representing IP Co., LLC<br>Jessica Kattula representing IP Co., LLC<br>Lisa Nguyen representing Tropos Networks, Inc.<br>Antony Sanacory representing IP Co., LLC<br>Bob Steinberg representing Tropos Networks, Inc. |
| OTHER(S) PRESENT: | Bob Steinberg and Lisa Nguyen appeared telephonically. |
| PROCEEDING CATEGORY: | Scheduling Conference; |
| MINUTE TEXT: | After reviewing the parties Proposed Scheduling Order, the Court notified the parties that it was entering it's own case-specific order. The order will control disposition of this action pending further order of this court. |