IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION


IP CO., LLC,                                                CIVIL ACTION NO.

     v.                                                1:06-CV-00585-CC

TROPOS NETWORKS, INC,

## ORDER

This Court will hold a **settlement conference** in the above-styled action on **March 25, 2013, at 10:00 am, Chambers 1701.** All parties and their lead counsel **MUST BE PRESENT**. An insured party shall appear by representative of the insurer who is authorized to discuss, make recommendations, and make final decisions regarding settlement. An uninsured corporate party shall appear by a representative authorized to discuss, make recommendations, and make final decisions regarding settlement. Representatives appearing on behalf of a party **must have full settlement authority**.

Prior to appearing before the undersigned at the settlement conference, the parties are **INSTRUCTED to negotiate and make a good faith effort to settle the case without theinvolvement of the Court. Specific proposals and counter proposals <u>shall</u> be made**. If settlement is achieved prior to the date of the settlement conference, counsel should notify the Court promptly by letter faxed to the Court at (404) 215 -1397.

Each party is **INSTRUCTED** to provide a confidential settlement memorandum to the undersigned at least **four (4) business days** prior to the settlement conference. The settlement memorandum should include (1) an overview of the case, (2) a realistic analysis of the strengths and weaknesses of the case, (3) an estimate of attorney fees incurred through the date of the settlement conference and an estimate of attorney fees that will be incurred if the case

proceeds to trial,[1] and (4) the specific proposals and counter proposals and other settlement negotiations that have occurred.  The settlement memorandum should not exceed five (5) double-spaced typed pages.  The contents of the memorandum will not be shared with any other party or with counsel representing such party.[2]

At the settlement conference, the Court will ask counsel to give a brief outline of the factual and legal basis of the case.  The Court may hold separate, confidential meetings with each party and counsel representing such party, and the Court may speak with each party directly, in the presence of counsel.

If any party fails to comply with the instructions in this Order, the Court **may award appropriate sanctions**.

SO ORDERED this 16th   Day of___January___, 2013

s/   CLARENCE COOPER

CLARENCE COOPER
UNITED STATES DISTRICT JUDGE

---

[1] If counsel are unable to provide an estimate of attorney fees through trial due to the early stage of the litigation, counsel should provide an estimate of attorney fees that will be incurred through summary judgment.

[2] Settlement memoranda should be submitted to the undersigned's chambers directly, by facsimile to the number provided above or by other appropriate means, and should not be filed using PACER.