IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| IP CO., LLC, | ) |
|               Plaintiff, | ) ) ) |
| vs. | ) Civil Action File |
| TROPOS NETWORKS, INC., | ) ) No. 1:06-CV-00585-CC |
|               Defendant. | ) ) |

## NOTICE OF COMPLIANCE

NOW COMES Plaintiff IP CO, LLC ("IPCO") and files this Notice of Compliance with Federal Rule of Civil Procedure 26(a) and Local Rule 26.1. Plaintiff IPCO timely served its Initial Disclosures on all counsel of record on January 25, 2013.

Respectfully submitted, this 25th day of January, 2013.

ROBBINS GELLER RUDMAN
   & DOWD LLP


             */s/ Jessica M. Kattula*
   ‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾
             JESSICA M. KATTULA

JOHN C. HERMAN
Georgia Bar No. 348370
RYAN K. WALSH
Georgia Bar No. 735190
JESSICA M. KATTULA
Georgia Bar No. 414056
Monarch Centre, Suite 1650
3424 Peachtree Road, N.E.
Atlanta, GA  30326
(404) 504-6500 (telephone)
(404) 504-6501 (fax)
jherman@rgrdlaw.com
rwalsh@rgrdlaw.com
jkattula@rgrdlaw.com


Attorneys for Plaintiff
IPCO, LLC

CERTIFICATE OF COMPLIANCE

In accordance with Local Rule 7.1D, the undersigned counsel hereby certifies that the foregoing Motion was prepared using 14-point Times New Roman font in accordance with L.R. 5.1.

                                                                         */s/ Jessica M. Kattula*
                                                                           Jessica M. Kattula

CERTIFICATE OF SERVICE

I hereby certify that on January 25, 2013, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send a Notice of Electronic Filing to all counsel of record.

                                                                         */s/ Jessica M. Kattula*
                                                                           Jessica M. Kattula