IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| IP CO., LLC, | : |
| Plaintiff, | : |
| vs. | : CIVIL ACTION NO. |
| | : 1:06-CV-0585-CC |
| TROPOS NETWORKS, INC., | : |
| Defendant. | : |

**ORDER**

This matter is before the Court on Defendant's Motion to Bifurcate [Doc. No. 100]. Pursuant to Civil Local Rule of Practice 7.1A, all motions, except for those with specific filing times, must be filed within thirty (30) days after the beginning of discovery unless the filing party obtains prior court permission. Discovery began in August 2006. Defendant filed the instant motion on December 17, 2012, without the Court's prior permission. Accordingly, Defendant's motion is untimely and therefore **DENIED**.

SO ORDERED this 5th day of February, 2013.

*s/ CLARENCE COOPER*

CLARENCE COOPER
SENIOR UNITED STATES DISTRICT JUDGE