IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| IP CO., LLC, | ) |
|           Plaintiff, | ) |
| vs. | ) Civil Action File |
| TROPOS NETWORKS, INC., | ) |
|           Defendant. | ) No. 1:06-CV-00585-CC |

## NOTICE OF COMPLIANCE

NOW COMES Plaintiff IP CO, LLC ("IPCO") and files this Notice of Compliance with L.P.R. 4.1. Plaintiff IPCO timely served its Infringement Contentions and supporting documents on counsel of record for Tropos Networks, Inc. on February 13, 2013.

Respectfully submitted, this 14th day of February, 2013.

ROBBINS GELLER RUDMAN
  & DOWD LLP


　　　　　 /s/ Jessica M. Kattula
　　　　　JESSICA M. KATTULA

JOHN C. HERMAN
Georgia Bar No. 348370
RYAN K. WALSH
Georgia Bar No. 735190
JESSICA M. KATTULA
Georgia Bar No. 414056
Monarch Centre, Suite 1650
3424 Peachtree Road, N.E.
Atlanta, GA  30326
(404) 504-6500 (telephone)
(404) 504-6501 (fax)
jherman@rgrdlaw.com
rwalsh@rgrdlaw.com
jkattula@rgrdlaw.com


Attorneys for Plaintiff
IPCO, LLC

## CERTIFICATE OF COMPLIANCE

In accordance with Local Rule 7.1D, the undersigned counsel hereby certifies that the foregoing Motion was prepared using 14-point Times New Roman font in accordance with L.R. 5.1.

*/s/ Jessica M. Kattula*
Jessica M. Kattula

## CERTIFICATE OF SERVICE

I hereby certify that on February 14, 2013, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send a Notice of Electronic Filing to all counsel of record.

*/s/ Jessica M. Kattula*
Jessica M. Kattula
