IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

IP CO., LLC,

       Plaintiff,

   v.

TROPOS NETWORKS, INC.,

       Defendant.

CASE NO. 1:06-CV-0585 CC

## <u>DEFENDANT TROPOS NETWORKS, INC.'S SECOND SET OF REQUESTS FOR PRODUCTION TO PLAINTIFF IP CO., LLC (NOS. 44-62)</u>

1

## PROOF OF SERVICE

I am employed in the County of San Francisco, State of California. I am over the age of 18 years and not a party to this action. My business address is Latham & Watkins LLP, 505 Montgomery Street, Suite 2000, San Francisco CA 94111.

On **February 25, 2013**, I served the following documents described as:

### DEFENDANT TROPOS NETWORKS, INC.'S SECOND SET OF REQUESTS FOR PRODUCTION TO PLAINTIFF IP CO., LLC (NOS. 44-62)

by serving true copies of the above-described documents in the following manner:

### BY ELECTRONIC MAIL

I am familiar with the office practice of Latham & Watkins LLP sending electronic mail. Under that practice, documents are transmitted by Latham & Watkins LLP personnel addressed as set forth below in accordance with the office practice of Latham & Watkins LLP for sending electronic documents over the internet:

| | | |
|---|---|---|
| ➢ | John Herman | jherman@rgrdlaw.com |
| ➢ | Ryan Walsh | rwalsh@rgrdlaw.com |
| ➢ | Jessica Kattula | jkattula@rgrdlaw.com |

I declare that I am employed in the office of a member of the Bar of, or permitted to practice before, this Court at whose direction the service was made and declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on **February 25, 2013**, at San Francisco, California.

/s/ John M. Eastly
John M. Eastly

Filed by: /s/ Bryan G. Harrison
Bryan G. Harrison
Georgia Bar No. 331750