IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| IPCO, LLC, | ) |
|       Plaintiff, | ) |
| vs. | ) |
| TROPOS NETWORKS, INC., | ) Civil Action File |
|       Defendant. | ) No. 1:06-CV-00585-CC |

**CERTIFICATE OF SERVICE OF DISCOVERY**

This is to certify that on March 4, 2013, I served the following documents on all counsel of record in the above case:

1. Plaintiff IP CO., LLC d/b/a Intus IQ's Objections and Responses to Defendant Tropos Networks, Inc.'s First Set of Interrogatories to Plaintiff IP CO., LLC (Nos. 1-12); and

2. Plaintiff IP CO., LLC's Objections and Responses to Defendant Tropos Networks, Inc.'s First Set of Requests for Production to Plaintiff IP CO., LLC (Nos. 1-43).

Respectfully submitted, this 5th day of March, 2013.

          ROBBINS GELLER RUDMAN
            & DOWD LLP

          By: */s/ Jessica M. Kattula*
              Jessica M. Kattula

          John C. Herman
          Georgia Bar No. 348370
          Attorney-in-charge
          Ryan K. Walsh
          Georgia Bar No. 735190
          Jessica M. Kattula
          Georgia Bar No. 414056
          ROBBINS GELLER RUDMAN
            & DOWD LLP
          3424 Peachtree Road, NE
          Suite 1650
          Atlanta, GA 30326
          Telephone: (404) 504-6500
          Facsimile:   (404) 504-6501
          jherman@rgrdlaw.com
          jkattula@rgrdlaw.com

          Attorneys for Plaintiff
          IPCO, LLC

## CERTIFICATE OF COMPLIANCE

In accordance with Local Rule 7.1D, the undersigned counsel hereby certifies that the foregoing document was prepared using 14-point Times New Roman font in accordance with L.R. 5.1.

*/s/ Jessica M. Kattula*
Jessica M. Kattula

## CERTIFICATE OF SERVICE

I hereby certify that, on March 5, 2013, a copy of the foregoing document was filed electronically in compliance with Local Rule CV-5(a).  As such, this document was served on all counsel who are deemed to have consented to electronic service. Local Rule CV-5(a)(3)(A).

This 5th day of March, 2013.

*/s/ Jessica M. Kattula*
Jessica M. Kattula
