IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| IP CO., LLC, | CASE NO. 1:06-CV-0585 CC |
| Plaintiff, | |
| v. | |
| Tropos Networks, Inc., | **JURY TRIAL DEMANDED** |
| Defendant. | |

## CERTIFICATE OF SERVICE

I hereby certify that on March 15, 2013, Tropos Networks, Inc.'s disclosures and production pursuant to Local Patent Rule 4.2 and 4.3 have been served on the following:

VIA FEDERAL EXPRESS
Ryan K. Walsh
Jessica M. Kattula
Robbins Geller Rudman & Dowd, LLP - GA
3424 Peachtree Road, NE, Suite 1650
Atlanta, GA 30326

/s/ Bryan G. Harrison
Bryan G. Harrison
Georgia Bar No. 331750