IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| IP CO., LLC,<br><br>    Plaintiff,<br><br>v.<br><br>Tropos Networks, Inc.,<br><br>    Defendant. | CASE NO. 1:06-CV-0585 CC<br><br><br><br>**JURY TRIAL DEMANDED** |

**TROPOS NETWORKS, INC.'S CONFIRMATION
OF ELECTION TO PROCEED BEFORE SPECIAL MASTER**

Pursuant to this Court's instructions at the hearing on January 9, 2013, (Dkt. #113) and Fed. R. Civ. P. 53, Tropos Networks, Inc. ("Tropos") hereby confirms that it requests that a special master be appointed in this action for the purposes of resolving discovery disputes, assisting the Court in claim construction, and all other matters deemed appropriate by the Court. Tropos proposes that the Court assign David Cabello (*curriculum vitae* attached) as the special master in this case.

Tropos has conferred with counsel for Plaintiff, who has indicated that Plaintiff opposes the appointment of a special master.

Respectfully Submitted,

May 23, 2013                    By: */s/ Bryan G. Harrison*

                                  Bryan G. Harrison
                                  MORRIS, MANNING & MARTIN, LLP
                                  1600 Atlanta Financial Center
                                  3343 Peachtree Road, N.E.
                                  Atlanta, Georgia 30326
                                  Phone:  (404) 233-7000
                                  Fax:  (404) 365-9532

                                  Of Counsel:

                                  Robert Steinberg
                                  LATHAM & WATKINS LLP
                                  355 South Grand Avenue
                                  Los Angeles, CA 90071
                                  Tel: (213) 891-8989
                                  Bob.Steinberg@lw.com

                                  Richard G. Frenkel
                                  Lisa K. Nguyen
                                  LATHAM & WATKINS LLP
                                  140 Scott Drive
                                  Menlo Park, CA 94025
                                  Tel: (650) 470-4848
                                  Lisa.Nguyen@lw.com

                                  *Attorneys for Defendant*

**J. David Cabello**
20333 S.H. 249, Suite 600
Houston, Texas 77070
832-446-2410
Email:  dcabello@counselip.com

September 2001 – Present:  **Wong, Cabello, Lutsch, Rutherford & Brucculeri, L.L.P.**  Founding partner in a thirty attorney law firm specializing in intellectual property matters, including litigation, prosecution and expert witness matters.

- Responsible for intellectual property litigation matters involving patent, copyright and trade secret claims exceeding $100MM for multinational clients including first and second chair roles, trial preparation, settlement, ADR and trial strategies.
- Responsible for providing expert witness services in the areas of reasonable royalties, trade secret issues, copyright matters, software licensing, attorney's fees, patent infringement matters, inequitable conduct, license agreement interpretation and construction, willful infringement, M& A due diligence and corporate compliance issues.
    - *Skyhook Wireless v. Google (1:10-cv-11571RWZ, D. Mass)*
    - *Ericsson et al. v. D-Link et al. (6:10-cv-473-LED, E.D. Tx.)*
    - *Tessera v. Sony (5:11-CV-04399 (HRL), N.D. Ca.)*
    - *Summit 6 v. Facebook et al. (3:11-cv-367-O, N.D. Tx.)*
    - *Volterra Semiconductor Corp. v. Primerion, Inc. et al. (CV-08-5129 JCS, N.D. Ca.)*
    - *TiVo, Inc. v. Verizon Communications, inc.  (2:09-cv-257-JRG, E.D. Tx.)*
    - *Motorola, Mobility, Inc. et al. v. TiVo, Inc. (5:11-00053DF, E.D. Tx.)*
    - *United States of America v. Prabhu Mohapatra (1:11-cr-00132-CW-PMW, C.D. Utah)*
    - *Gen-Probe Incorporated v. Becton, Dickinson and Company (09-CV-2319, S.D. Ca.)*
    - *Convolve, Inc. v. Dell et al. (2:08cv244 DF-CE, E.D. Tx.)*
    - *Paltalk v. Sony Computer Entertainment America, et al.*
    - *Allflex USA, Inc. v. Avid Identification Systems, Inc.  (CV 06-1109 MRP C.D., Ca.)*
    - *Biax v. Sony (09-cv-01257-PAB-MEH U.S.D.C., Colorado)*
    - *Wi-Lan v. Acer, Intel, Broadcom, et al. (2:07-CV-473-TJW, E.D. Tx.)*
    - *Medimune v. PDL Biopharma, Inc. (C08-5590JF N.D., Ca.)*
    - *Tessera v. UTAC (RG08410327, Superior Ct., Alameda County, Ca.)*
    - *Stinger Wellhead v. Boyd's Bit Service et al.  (2005CVF00224D3, D.C. Webb Co., Tx)*
    - *Products Berger S.A. et al. v. David M. Schemenauer et al.*
    - *Amazon.com v. Atlantic Mutual et al. (C05-719 RSM, W. D. Wa.)*
    - *Goldman v. Bracewell Patterson et al.*
    - *Epic v. Nokia*
    - *AIG v. Nokia (01-6036 D.C., Dallas Co., Tx.)*
    - *Tessera v. Samsung*
    - *Carson v. Dynegy (C-01-554, S.D. Tx.)*
    - *MPI v. Xerox*
    - *Xerox v. Palm (6:97-CV-06182, W.D. N.Y.)*
    - *Penrico v. Hanna's Candles  (H-02-0834 S.D. Tx.)*
    - *Mike Farmer v. Medo Industries (CV01-1-248 LGB, C.D. California)*
    - *Parental Guide v. Sony et. al. (2-00CV262 TJW, E.D. Tx.)*
    - *Boegler v. Helmac Products Corporation (C.A. G690, S.D. Tx.)*
    - *Interdigital Communications v. Ericsson*
    - *Qualcomm v. Ericsson*

- Provide guidance to various clients in the area of intellectual property, portfolio valuation, licensing matters, licensing programs.
- Provide advice and counsel to privately held business organizations in strategic planning, private placements, board governance, and corporate structures.
- Responsible for firm management and business matters.

January 2000 – September 2001:  **Questia Media, Inc.** *Senior Vice President, General Counsel & Secretary.*  Founding member of a start-up company that successfully launched student-targeted research website in January 2001.  Company secured over $135 million in venture funding.

- Responsible for providing business and legal advice to the Company's management and its Board of Directors on funding, securities issues, general legal issues, labor law matters, governance issues, compliance issues and intellectual property matters.
- Managed and directed shareholder relationships and communications.
- Responsible for developing and managing employee stock option program.
- Responsible for developing an intellectual property offensive and defensive licensing strategy.
- Responsible for recruiting intellectual property counsel to assist with myriad of intellectual property issues, including copyright, trademark, and Internet domain issues.
- Served as company's ombudsman and mentor to young employees across the organization.  Shared insight on corporate culture, processes, compliance, business ethics, etc.

December 1998 – January 2000:   **Tricord Systems, Inc. Minneapolis, Minn.** *Vice President, General Counsel, Secretary & Interim Chief Financial Officer.*  A legacy computer system manufacturer that was in the process of exiting the legacy computer business and reconstituting itself as a distributed storage software developer and supplier.

- Responsible for managing the Company's satellite office based in Houston, Texas, including start-up functions, equipment and facilities leases, personnel matters, liaison with management team based in Minneapolis and company's independent auditors.
- Responsible for advising the Company's management and its Board of Directors on all compliance, legal, and corporate governance issues.
- Responsible for all intellectual property licensing issues.
- Responsible for developing and implementing a strategy to protect and enforce the company's intellectual property and intangible assets.
- Responsible for all financial and accounting matters and all SEC reporting matters.


October 1998:  **GK Intelligent Systems, Houston, Texas.**  Vice President, General Counsel, Secretary.  A developer of intelligent training software.
- Responsible for advising the Company's management and its Board of Directors on all compliance, legal, and corporate governance issues.


August 1987 – June 1998:  **Compaq Computer Corporation.**

December 1996 – June 1998:  *Senior Vice President, General Counsel & Secretary.*
- Responsible for managing and directing all world-wide litigation matters including litigation strategies, selection of counsel and making ultimate decisions concerning settlement and continued litigation.
- Responsible for managing and directing all worldwide legal services and shareholder services.

- Served as Chief Compliance Officer and was responsible for providing compliance training to all employees.  Also responsible for investigating any compliance violations by employees and officers of the corporation.
- Provided legal support and advice to the Board of Directors on all compliance and corporate governance issues.
- Advised the Company's management and its Board of Directors on all matters involving export compliance, customs and export duty compliance, securities matters, human resources matters, intellectual property matters, revenue recognition matters, sales and distribution matters, licensing matters, and training programs.
- Participated in formulation of legal strategies to deal with myriad of business and legal initiatives at the local, state and federal government level, including appointment of staff to participate in legislative and policy committees, testimony at the Federal Trade Commission, Securities and Exchange Commission and Federal Communications Commission.
- Advanced the Company's interests in pending litigation by preparing and filing of amici briefs and/or participating with trade associations in the preparation and filing of amici briefs.
- Managed all of the Company's litigation and made strategic decisions on settlement and trial matters.
- Directed the development of patent portfolio and patent licensing program that delivered $30MM in patent royalties per year for each of the past four years.
- Managed a staff of 90 persons (50 of which were attorneys) in 8 different locations with an annual outside counsel budget of $26MM.
- Managed and directed all legal support for major acquisitions including Digital Equipment Corporation and Tandem Computers.

1995 – 1996:  *Vice President & Assistant General Counsel, Business Groups*.

- Responsible for managing and directing the legal services provided to Compaq's product development groups, manufacturing, procurement, sales and marketing organization.
- Secretary of the Audit Committee, responsible for providing legal support to the Audit Committee of the Board of Directors.
- Responsible for architecting, developing, implementing and promoting the Company's intellectual property development, licensing and enforcement program.
- Responsible for developing negotiation strategies to deal with key suppliers and vendors.
- Responsible for licensing company's patents to Intel, Packard Bell, Gateway and other licensees.
- Responsible for directly advising the Company's Board of Directors, Chief Executive Officer and Senior Management on appropriate courses of action in connection with various intellectual property issues faced by the Company.

1993 – 1995:  *Managing Attorney, Intellectual Property.*

1990 – 1993:  *Intellectual Property Counsel.*

1987 – 1990:  *Patent Counsel.*

1983 – 1987:  **Arnold, White, & Durkee,** *Associate Attorney*.

**Prior Professional Experience**

1980 – 1983:  **Jacobs Engineering, Group, Inc.,** *Project Engineering Manager*
1974 – 1980:  **Brown & Root, Inc.**, *Project Engineer*

**Education**

| | | |
|---|---|---|
| 1980 – 1983 | South Texas College of Law | J. D., January 1983 |
| | • With High Honors | |
| | • Technical Editor, South Texas Law Journal | |
| 2006 – 2010 | Rice University | Masters of Liberal Studies December 2010 |
| 1969 – 1973 | Texas A&M University | B.S.E.E., December 1973 |

**Professional Affiliations**

- Member, State Bar of Texas
- Registered Patent Attorney (Registration #31,455)
- Master, Houston Intellectual Property Inn of Court
- Emeritus Member, American General Counsel Association
- Guest Lecturer – University of Texas CLE Programs
- Registered Professional Engineer – Texas (Inactive)

**Community Activities**

- Member, Board of Trustees, Willowbrook Methodist Hospital
- Member, Methodist Hospital Neurological Institute National Council
- Member, Texas A & M External Advisory & Development Council
- Member, Advisory Board, College Forward,
- Development Committee Member, Our Lady of Guadalupe School
- Emeritus Member, Board of Trustees, Our Lady of Guadalupe School
- Past Chairman, Board of Trustees, The John Cooper School
- Former Member, American Heart Association, Northwest Houston Chapter
- Advisory Member, Archdiocese of Galveston-Houston, School Council Finance Sub-committee
- Volunteer, Faith In Practice Medical Mission Trips, Guatemala
- Pro-Bono Counsel, Unaccompanied Immigrant Children

- 3 -

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| IP CO., LLC,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>Tropos Networks, Inc.,<br><br>　　　　Defendant. | CASE NO. 1:06-CV-0585 CC<br><br><br><br>**JURY TRIAL DEMANDED** |

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system this 23rd day of May 2013.

　　　　　　　　　　　　　　　　/s/ Bryan G. Harrison
　　　　　　　　　　　　　　　　Bryan G. Harrison
　　　　　　　　　　　　　　　　Georgia Bar No. 331750