IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| IP CO., LLC,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>Tropos Networks, Inc.,<br><br>　　　　　Defendant. | CASE NO. 1:06-CV-0585 CC<br><br><br><br>**JURY TRIAL DEMANDED** |

**NOTICE REGARDING NEW SPECIAL MASTERS PROPOSED**

Tropos Networks, Inc. ("Tropos") respectfully submits this notice regarding the two additional special masters proposed by IP CO., LLC ("IPCO"). In its Notice Regarding Tropos Networks, Inc.'s Objection To Special Master Proposed (Dkt. #149), IPCO proposed that the Court appoint either William Needle or Anthony Askew as special master. Mr. Needle's firm, Ballard Spahr LLP, represents ABB Inc., Tropos' parent company, in a suit currently pending in Utah. Accordingly, Mr. Needle will be unable to serve as a special master in this case. Mr. Askew is experienced in patent law, but his background in chemistry is not an ideal match for the technology involved in this case, wireless networking.

Tropos respectfully files this notice to inform the Court of Mr. Needle's conflict and Mr. Askew's chemistry background, which is not an ideal match for the technology involved in this case. Tropos respectfully reiterates its proposal (Dkt. #145) that the Court assign David Cabello as special master in this case.

Respectfully Submitted,

June 21, 2013                               By: */s/ Bryan G. Harrison*

                                         Bryan G. Harrison
                                         MORRIS, MANNING & MARTIN, LLP
                                         1600 Atlanta Financial Center
                                         3343 Peachtree Road, N.E.
                                         Atlanta, Georgia 30326
                                         Phone:  (404) 233-7000
                                         Fax:  (404) 365-9532

                                         Of Counsel:

                                         Robert Steinberg
                                         LATHAM & WATKINS LLP
                                         355 South Grand Avenue
                                         Los Angeles, CA 90071
                                         Tel: (213) 891-8989
                                         Bob.Steinberg@lw.com

                                         Richard G. Frenkel
                                         Lisa K. Nguyen
                                         LATHAM & WATKINS LLP
                                         140 Scott Drive
                                         Menlo Park, CA 94025
                                         Tel: (650) 470-4848
                                         Lisa.Nguyen@lw.com

                                         *Attorneys for Defendant*

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| IP CO., LLC,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>Tropos Networks, Inc.,<br><br>　　　　　Defendant. | CASE NO. 1:06-CV-0585 CC<br><br><br><br>**JURY TRIAL DEMANDED** |

## CERTIFICATE OF SERVICE

　　The undersigned hereby certifies that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system this 21st day of June 2013.

　　　　　　　　　　　　　　　　/s/ Bryan G. Harrison
　　　　　　　　　　　　　　　　Bryan G. Harrison
　　　　　　　　　　　　　　　　Georgia Bar No. 331750