# EXHIBIT A

*Microsoft*

OVER **10,000** ENTRIES

# Microsoft Computer Dictionary

## Fifth Edition

- *Fully updated with the latest technologies, terms, and acronyms*
- *Easy to read, expertly illustrated*
- *Definitive coverage of hardware, software, the Internet, and more!*

*Microsoft*

PUBLISHED BY
Microsoft Press
A Division of Microsoft Corporation
One Microsoft Way
Redmond, Washington 98052-6399

Copyright © 2002 by Microsoft Corporation

All rights reserved. No part of the contents of this book may be reproduced or transmitted in any form or by any means without the written permission of the publisher.

Library of Congress Control Number: 2002019714

Microsoft Press books are available through booksellers and distributors worldwide. For further information about international editions, contact your local Microsoft Corporation office or contact Microsoft Press International directly at fax (425) 936-7329. Visit our Web site at www.microsoft.com/mspress. Send comments to *mspinput@microsoft.com*.

Active Desktop, Active Directory, ActiveMovie, ActiveStore, ActiveSync, ActiveX, Authenticode, BackOffice, BizTalk, ClearType, Direct3D, DirectAnimation, DirectDraw, DirectInput, DirectMusic, DirectPlay, DirectShow, DirectSound, DirectX, Entourage, FoxPro, FrontPage, Hotmail, IntelliEye, IntelliMouse, IntelliSense, JScript, MapPoint, Microsoft, Microsoft Press, Mobile Explorer, MS-DOS, MSN, Music Central, NetMeeting, Outlook, PhotoDraw, PowerPoint, SharePoint, UltimateTV, Visio, Visual Basic, Visual C++, Visual FoxPro, Visual InterDev, Visual J++, Visual SourceSafe, Visual Studio, Win32, Win32s, Windows, Windows Media, Windows NT, Xbox are either registered trademarks or trademarks of Microsoft Corporation in the United States and/or other countries. Other product and company names mentioned herein may be the trademarks of their respective owners.

The example companies, organizations, products, domain names, e-mail addresses, logos, people, places, and events depicted herein are fictitious. No association with any real company, organization, product, domain name, e-mail address, logo, person, place, or event is intended or should be inferred.

**Acquisitions Editor:** Alex Blanton
**Project Editor:** Sandra Haynes

Body Part No. X08-41929

Case 1:06-cv-00585-CC   Document 158-2   Filed 07/22/13   Page 4 of 4

game tree                                                                                                           gatored

**game tree** *n.* A tree structure representing contingencies in a game and used by game developers for design purposes. Each node in a game tree represents a possible position (for example, the configuration of pieces on a chessboard) in the game, and each branching represents a possible move. *See also* computer game.

**gamut** *n.* The complete range of colors a display or printer is capable of producing. If a color falls outside the gamut of a device, it cannot be accurately displayed or printed from that device.

**gamut alarm** *n.* A feature in graphics programs that alerts the user if a chosen color will fall outside the currently selected gamut. *See also* gamut.

**Gantt chart** *n.* A bar chart that shows individual parts of a project as bars against a horizontal time scale. Gantt charts are used as a project-planning tool for developing schedules. Most project-planning software can produce Gantt charts.

**gap** *n. See* inter-record gap.

**garbage** *n.* **1.** Incorrect or corrupted data. **2.** Gibberish displayed on screen, either due to faulty hardware or software or because a program is unable to display a file's content. For example, an executable file is not meant to be displayed by a text editor and so is indecipherable on screen.

**garbage collection** *n.* A process for automatic recovery of heap memory. Blocks of memory that had been allocated but are no longer in use are freed, and blocks of memory still in use may be moved to consolidate the free memory into larger blocks. Some programming languages require the programmer to handle garbage collection. Others, such as Java, perform this task for the programmer. *See also* heap (definition 1).

**garbage in, garbage out** *n.* A computing axiom meaning that if the data put into a process is incorrect, the data output by the process will also be incorrect. *Acronym:* GIGO.

**gas-discharge display** *n.* A type of flat-panel display, used on some portable computers, containing neon between a horizontal and a vertical set of electrodes. When one electrode in each set is charged, the neon glows (as in a neon lamp) where the two electrodes intersect, representing a pixel. *Also called:* gas-plasma display. *See also* flat-panel display, pixel.

**gas-plasma display** *n. See* gas-discharge display.

**gate** *n.* **1.** An electronic switch that is the elementary component of a digital circuit. It produces an electrical output signal that represents a binary 1 or 0 and is related to the states of one or more input signals by an operation of Boolean logic, such as AND, OR, or NOT. *Also called:* logic gate. *See also* gate array. **2.** The input terminal of a field-effect transistor (FET). *Also called:* gate electrode. *See also* drain (definition 1), FET, MOSFET, source (definition 2). **3.** A data structure used by 80386 and higher microprocessors to control access to privileged functions, to change data segments, or to switch tasks.

**gate array** *n.* A special type of chip that starts out as a nonspecific collection of logic gates. Late in the manufacturing process, a layer is added to connect the gates for a specific function. By changing the pattern of connections, the manufacturer can make the chip suitable for many needs. This process is very popular because it saves both design and manufacturing time. The drawback is that much of the chip goes unused. *Also called:* application-specific integrated circuit, logic array.

**gated** *adj.* **1.** Transmitted through a gate to a subsequent electronic logic element. **2.** Transmitted through a gateway to a subsequent network or service. For example, a mailing list on BITNET may be gated to a newsgroup on the Internet.

**gate electrode** *n. See* gate (definition 2).

**gateway** *n.* A device that connects networks using different communications protocols so that information can be passed from one to the other. A gateway both transfers information and converts it to a form compatible with the protocols used by the receiving network. *Compare* bridge.

**gateway page** *n. See* doorway page.

**gating circuit** *n.* An electronic switch whose output is either on or off, depending on the state of two or more inputs. For example, a gating circuit may be used to pass or not pass an input signal, depending on the states of one or more control signals. A gating circuit can be constructed from one or more logic gates. *See also* gate (definition 1).

**gatored** *vb.* To have been the victim of a hijackware program that seized control of an Internet shopping or surfing experience and caused the victim's browser to display ads and Web sites chosen by the program. Users may be