# Exhibit 1

CONFIDENTIAL - OUTSIDE COUNSEL ONLY

```
 1                 UNITED STATES DISTRICT COURT
 2                 NORTHERN DISTRICT OF GEORGIA
 3
 4    _____
                                     )
 5    IPCO, LLC,                     )
                                     )
 6          Plaintiff,               )
                                     )
 7       vs.                         )  No. 06-cv-0585 CC
                                     )
 8    TROPOS NETWORKS, INC.,         )
                                     )
 9          Defendant.               )
      _____)
10
11
12            CONFIDENTIAL - OUTSIDE COUNSEL ONLY
13
14      VIDEOTAPED DEPOSITION OF EDWIN B. BROWNRIGG, Ph.D.
15                    Sacramento, California
16                   Tuesday, June 18, 2013
17                         Volume I
18
19
20
21    Reported by:
      GINA GLANTZ
22    CSR No. 9795, RPR, RMR
23    JOB No. 1678975
24
25    PAGES 1 - 212
```

Page 1

CONFIDENTIAL - OUTSIDE COUNSEL ONLY

| | | |
|---|---|---|
| 1 | question.  Vague and ambiguous, assumes facts not in | 14:46:29 |
| 2 | evidence. | 14:46:37 |
| 3 | BY MS. NGUYEN: | 14:46:37 |
| 4 | Q    Why is it none of the above? | 14:46:37 |
| 5 | A    The routing strategy described in these pages | 14:46:40 |
| 6 | relate to peer-to-peer networks whereas my patents relate | 14:46:56 |
| 7 | to software that describes the functionality of | 14:47:05 |
| 8 | client-server networks. | 14:47:25 |
| 9 | Q    In a tree sorting algorithm, it's important to | 14:47:30 |
| 10 | have that parent node at the top; right, the root? | 14:47:58 |
| 11 | MR. HERMAN:  Object to the form. | 14:48:01 |
| 12 | THE WITNESS:  By definition. | 14:48:01 |
| 13 | BY MS. NGUYEN: | 14:48:12 |
| 14 | Q    And tree sorting algorithms generally relate to | 14:48:12 |
| 15 | shortest paths to a particular node? | 14:48:16 |
| 16 | MR. HERMAN:  Object to the form. | 14:48:19 |
| 17 | THE WITNESS:  The objective of the network is to | 14:48:25 |
| 18 | maintain a description of the shortest route from any | 14:48:42 |
| 19 | given client to its attendant server. | 14:48:46 |
| 20 | BY MS. NGUYEN: | 14:48:56 |
| 21 | Q    Can this tree sorting algorithm be used to | 14:49:04 |
| 22 | optimize using traffic? | 14:49:08 |
| 23 | MR. HERMAN:  Object. | 14:49:09 |
| 24 | THE WITNESS:  Optimizing using? | 14:49:11 |
| 25 | BY MS. NGUYEN: | 14:49:12 |

Veritext National Deposition & Litigation Services
866 299-5127

CONFIDENTIAL - OUTSIDE COUNSEL ONLY

| | | |
|---|---|---|
| 1 | Q    Using traffic. | 14:49:12 |
| 2 | MR. HERMAN:  Object to the form. | 14:49:13 |
| 3 | THE WITNESS:  Traffic? | 14:49:15 |
| 4 | BY MS. NGUYEN: | 14:49:16 |
| 5 | Q    Um-hmm. | 14:49:16 |
| 6 | A    No. | 14:49:31 |
| 7 | Q    Why not? | 14:49:32 |
| 8 | A    The relationship between what dynamic forward | 14:49:35 |
| 9 | routing does as described in the patents is irrelevant to | 14:49:46 |
| 10 | the traffic in the network. | 14:50:00 |
| 11 | Q    Do your patents describe a way to optimize using | 14:50:12 |
| 12 | traffic? | 14:50:16 |
| 13 | MR. HERMAN:  Object to the form.  The document | 14:50:17 |
| 14 | speaks for itself, calls for a legal conclusion. | 14:50:23 |
| 15 | THE WITNESS:  Traffic within a network that I | 14:50:24 |
| 16 | describe in my patents is irrelevant to the function of | 14:50:37 |
| 17 | the client-server network architecture. | 14:50:43 |
| 18 | MR. HERMAN:  We've been going over an hour and a | 14:50:52 |
| 19 | half.  Is this a good time to take a break? | 14:50:55 |
| 20 | MS. NGUYEN:  Sure. | 14:50:58 |
| 21 | THE WITNESS:  It would be a good time for me. | 14:50:58 |
| 22 | MS. NGUYEN:  Feel free to -- if you need a break | 14:51:00 |
| 23 | at any time, feel free to let me know. | 14:51:02 |
| 24 | THE WITNESS:  Sure. | 14:51:02 |
| 25 | THE VIDEOGRAPHER:  We're off record at 2:51.  This | 14:51:05 |

Veritext National Deposition & Litigation Services
866 299-5127

| | | |
|---|---|---|
| 1 | marks the end of Videotape No. 3 of Volume I. | 14:51:08 |
| 2 | (Recess.) | 15:00:53 |
| 3 | THE VIDEOGRAPHER:  This marks the beginning of | 15:00:59 |
| 4 | Videotape No. 4 of Volume I of the deposition of Edwin | 15:01:05 |
| 5 | Brownrigg, held at 555 Capitol Mall in Sacramento, | 15:01:09 |
| 6 | California, on June 18th, 2013, in the case of IPCO versus | 15:01:13 |
| 7 | Tropos Networks; Case No. 06-cv-0585 CC, in the U.S. | 15:01:21 |
| 8 | District Court for the Northern District of Georgia.  We | 15:01:26 |
| 9 | are going back on record now and the time is 3:01. | 15:01:28 |
| 10 | BY MS. NGUYEN: | 15:01:33 |
| 11 | Q   Dr. Brownrigg, we've been talking a lot about | 15:01:34 |
| 12 | routing information from one client to another.  How does | 15:01:36 |
| 13 | a system know how to send a data packet to its proper | 15:01:44 |
| 14 | location? | 15:01:48 |
| 15 | MR. HERMAN:  Object to the form, calls for | 15:01:49 |
| 16 | speculation, vague and ambiguous. | 15:01:51 |
| 17 | BY MS. NGUYEN: | 15:01:54 |
| 18 | Q   And sorry, I should say, for example, in the | 15:01:54 |
| 19 | system -- in the system of your patent, how would a data | 15:01:58 |
| 20 | packet from one client go to another client? | 15:02:01 |
| 21 | MR. HERMAN:  Same objections.  Calls for a legal | 15:02:03 |
| 22 | conclusion too. | 15:02:07 |
| 23 | THE WITNESS:  As a new client comes alive, the | 15:02:10 |
| 24 | first thing it attempts to ascertain is whether it has a | 15:02:17 |
| 25 | one-hop route to a server.  If it does not, then it puts | 15:02:26 |

Page 126

CONFIDENTIAL - OUTSIDE COUNSEL ONLY

| | | |
|---|---|---|
| 1 | out a special packet, which is a roll call, to other | 15:02:45 |
| 2 | clients within radio range and requests that those | 15:02:52 |
| 3 | prospective clients identify themselves and report their | 15:03:01 |
| 4 | route to the server so that the new client can compare the | 15:03:11 |
| 5 | respective routes of the discovered clients, with the | 15:03:25 |
| 6 | objective of becoming tail circuit off of the client -- | 15:03:32 |
| 7 | the neighboring client with the shortest number of hops to | 15:03:37 |
| 8 | the server. | 15:03:43 |
| 9 | BY MS. NGUYEN: | 15:03:48 |
| 10 | Q    There are certain parts of your patents that | 15:03:48 |
| 11 | discuss headers.  How does a header relate to all of this? | 15:04:00 |
| 12 | MR. HERMAN:  Object to the form. | 15:04:04 |
| 13 | MS. NORTON:  Objection.  Vague and ambiguous. | 15:04:07 |
| 14 | THE WITNESS:  In my -- as described in my patents, | 15:04:18 |
| 15 | my client-server networks depend on -- do not depend on | 15:04:34 |
| 16 | headers but rather the information that would otherwise be | 15:04:46 |
| 17 | in a header of a peer-to-peer network describing the | 15:04:50 |
| 18 | number of hops in a route to a given destination. | 15:05:03 |
| 19 | BY MS. NGUYEN: | 15:05:37 |
| 20 | Q    So in order to send the data packet to its proper | 15:05:37 |
| 21 | location, does it have to have the appropriate header? | 15:05:42 |
| 22 | MR. HERMAN:  Object to the form, calls for | 15:05:45 |
| 23 | speculation, vague and ambiguous, calls for a legal | 15:05:45 |
| 24 | conclusion. | 15:05:49 |
| 25 | THE WITNESS:  As I mentioned in my previous | 15:05:52 |

Page 127

CONFIDENTIAL - OUTSIDE COUNSEL ONLY

| | | |
|---|---|---|
| 1 | answer, headers are typically described in the context of | 15:05:54 |
| 2 | peer-to-peer networks, not client-server networks. | 15:06:06 |
| 3 | BY MS. NGUYEN: | 15:06:19 |
| 4 | Q   So in the system of your patent, does it require a | 15:06:19 |
| 5 | header? | 15:06:22 |
| 6 | MR. HERMAN:  Object to the form.  Calls for a | 15:06:22 |
| 7 | legal conclusion. | 15:06:27 |
| 8 | MS. NORTON:  The document speaks for itself, vague | 15:06:27 |
| 9 | and ambiguous. | 15:06:34 |
| 10 | THE WITNESS:  The -- a given client, once it | 15:06:34 |
| 11 | becomes alive, it establishes a route to a server.  In a | 15:07:02 |
| 12 | peer-to-peer network, such routing information would be | 15:07:20 |
| 13 | contained in a header. | 15:07:24 |
| 14 | BY MS. NGUYEN: | 15:07:39 |
| 15 | Q   I'm just making sure I understand correctly.  So | 15:07:39 |
| 16 | in a peer-to-peer network, a header is required to send a | 15:07:42 |
| 17 | data packet to the proper location? | 15:07:45 |
| 18 | MR. HERMAN:  Object to the form. | 15:07:47 |
| 19 | BY MS. NGUYEN: | 15:07:48 |
| 20 | Q   In the system described in your patent, you can or | 15:07:49 |
| 21 | cannot -- or you may or may not have a header, it doesn't | 15:07:51 |
| 22 | matter in the system of your patents? | 15:07:55 |
| 23 | MR. HERMAN:  Object to the form. | 15:07:57 |
| 24 | THE WITNESS:  It has -- | 15:07:57 |
| 25 | MS. NORTON:  Objection.  Mischaracterizes the | 15:07:58 |

Page 128

CONFIDENTIAL - OUTSIDE COUNSEL ONLY

| | | |
|---|---|---|
| 1 | testimony, calls for a legal conclusion, calls for | 15:08:00 |
| 2 | speculation, vague and ambiguous. | 15:08:02 |
| 3 | THE WITNESS:  Suffice it to say that to the extent | 15:08:04 |
| 4 | possible, any given client knows the optimal route to a | 15:08:18 |
| 5 | server. | 15:08:33 |
| 6 | BY MS. NGUYEN: | 15:08:48 |
| 7 | Q    And is this because each client can request from | 15:08:49 |
| 8 | the server the tree? | 15:08:51 |
| 9 | MR. HERMAN:  Object to the form. | 15:08:53 |
| 10 | MS. NORTON:  Same objections. | 15:08:55 |
| 11 | THE WITNESS:  Among the functions that a client | 15:08:56 |
| 12 | can perform, that is one of them. | 15:09:07 |
| 13 | BY MS. NGUYEN: | 15:09:09 |
| 14 | Q    So just to make sure I understand correctly, to | 15:09:22 |
| 15 | send a data packet to the proper location in the system | 15:09:27 |
| 16 | described in your patents, a client would have to request | 15:09:30 |
| 17 | the tree from the server before it could send to the | 15:09:35 |
| 18 | proper location? | 15:09:40 |
| 19 | MR. HERMAN:  Object to the form. | 15:09:40 |
| 20 | MS. NORTON:  Objection.  Same objections.  Also | 15:09:41 |
| 21 | asked and answered.  I think you may be asking the same | 15:09:48 |
| 22 | question a couple different times now. | 15:09:50 |
| 23 | MR. HERMAN:  Which brings us to the point.  You've | 15:09:52 |
| 24 | been going about four and a half hours.  I think that | 15:09:54 |
| 25 | means that my time has been significantly curtailed.  How | 15:09:58 |

Veritext National Deposition & Litigation Services
866 299-5127

| | | |
|---|---|---|
| 1 | much longer do you have, Counsel? | 15:10:04 |
| 2 | MS. NGUYEN:  I'm not sure.  I still have a | 15:10:05 |
| 3 | significant number of questions, so -- | 15:10:08 |
| 4 | MR. HERMAN:  Well, obviously we need a full | 15:10:11 |
| 5 | opportunity to question the witness. | 15:10:15 |
| 6 | BY MS. NGUYEN: | 15:10:17 |
| 7 | Q   Dr. Brownrigg, you can answer the question if you | 15:10:17 |
| 8 | recall it. | 15:10:20 |
| 9 | A   Repeat the question, please. | 15:10:21 |
| 10 | MS. NGUYEN:  Can the court reporter please repeat | 15:10:22 |
| 11 | the question. | 15:10:24 |
| 12 | (Record read.) | 15:10:48 |
| 13 | THE WITNESS:  It would have to -- | 15:10:50 |
| 14 | MS. NORTON:  Same objections. | 15:10:51 |
| 15 | THE WITNESS:  The client would have to request | 15:10:52 |
| 16 | certain information available from the tree. | 15:10:57 |
| 17 | BY MS. NGUYEN: | 15:11:55 |
| 18 | Q   And I apologize again for hopping around so much, | 15:11:56 |
| 19 | but can you turn back to Exhibit 15. | 15:11:59 |
| 20 | A   All right. | 15:12:07 |
| 21 | Q   Please turn to page 7 of Exhibit 15. | 15:12:17 |
| 22 | A   Page 7. | 15:12:32 |
| 23 | Q   You see paragraph 23.  The second sentence says, | 15:12:33 |
| 24 | "Not only did my new mesh network invention, which used | 15:12:52 |
| 25 | one or more 'server' nodes to handle the bulk of the work | 15:12:55 |

Page 130

| | | |
|---|---|---|
| 1 | MS. NORTON: Same objections. | 15:16:58 |
| 2 | THE WITNESS: To use a layman's term, it would | 15:17:03 |
| 3 | relate to the intelligence of the network, how smart the | 15:17:09 |
| 4 | network is. | 15:17:21 |
| 5 | BY MS. NGUYEN: | 15:17:21 |
| 6 | Q   Can the tree of your system be used to optimize | 15:17:27 |
| 7 | using robustness? | 15:17:32 |
| 8 | MS. NORTON: Object to the form, vague and | 15:17:34 |
| 9 | ambiguous, calls for a legal conclusion, improper | 15:17:35 |
| 10 | hypothetical. | 15:17:38 |
| 11 | THE WITNESS: I believe your question is a non | 15:17:41 |
| 12 | sequitur. | 15:17:41 |
| 13 | BY MS. NGUYEN: | 15:17:46 |
| 14 | Q   Is there a way to optimize a system based on how | 15:17:46 |
| 15 | robust a client is? | 15:17:49 |
| 16 | MR. HERMAN: Same objections. | 15:17:51 |
| 17 | THE WITNESS: A robust network implies that it is | 15:17:57 |
| 18 | optimized. | 15:18:01 |
| 19 | BY MS. NGUYEN: | 15:18:14 |
| 20 | Q   So if I told you to implement a system based off | 15:18:14 |
| 21 | the most robust clients, would you be able to implement | 15:18:17 |
| 22 | such a system? | 15:18:20 |
| 23 | MR. HERMAN: Same objections. Calls for a legal | 15:18:21 |
| 24 | conclusion, vague and ambiguous, improper hypothetical. | 15:18:23 |
| 25 | THE WITNESS: I believe that the system to which | 15:18:33 |

CONFIDENTIAL - OUTSIDE COUNSEL ONLY

| | | |
|---|---|---|
| 1 | my patents refer illustrate robustness. | 15:18:36 |
| 2 | BY MS. NGUYEN: | 15:18:58 |
| 3 | Q   So in the context of your patent, when you say | 15:18:58 |
| 4 | "optimize for the most robust clients," it would be for | 15:19:01 |
| 5 | the shortest path? | 15:19:04 |
| 6 | MR. HERMAN:  Object to the form, calls for a legal | 15:19:06 |
| 7 | conclusion, vague and ambiguous. | 15:19:09 |
| 8 | MS. NORTON:  Calls for speculation. | 15:19:12 |
| 9 | MR. HERMAN:  The patent speaks for itself. | 15:19:17 |
| 10 | THE WITNESS:  You've got to repeat the question. | 15:19:19 |
| 11 | I'm sorry. | 15:19:21 |
| 12 | MS. NGUYEN:  No problem. | 15:19:23 |
| 13 | Can the court reporter please repeat the question. | 15:19:24 |
| 14 | (Record read.) | 15:19:38 |
| 15 | THE WITNESS:  It would be for? | 15:19:38 |
| 16 | BY MS. NGUYEN: | 15:19:38 |
| 17 | Q   The shortest path. | 15:19:44 |
| 18 | MR. HERMAN:  Same objections. | 15:19:45 |
| 19 | THE WITNESS:  Yes. | 15:19:47 |
| 20 | BY MS. NGUYEN: | 15:20:03 |
| 21 | Q   Can you optimize a system based off of the fastest | 15:20:03 |
| 22 | clients? | 15:20:08 |
| 23 | MR. HERMAN:  Same objections. | 15:20:08 |
| 24 | THE WITNESS:  Did you say "fastest"? | 15:20:09 |
| 25 | BY MS. NGUYEN: | 15:20:12 |

Veritext National Deposition & Litigation Services
866 299-5127

CONFIDENTIAL - OUTSIDE COUNSEL ONLY

| | | |
|---|---|---|
| 1 | Q    Fastest, sorry, yes. | 15:20:13 |
| 2 | A    The speed of a given client, which in turn is a | 15:20:15 |
| 3 | function of the processing, which in turn is a function of | 15:20:23 |
| 4 | the underlying hardware and software, contributes to the | 15:20:35 |
| 5 | robustness of the network. | 15:20:45 |
| 6 | Q    If I asked you to implement a system to optimize | 15:20:52 |
| 7 | based off of the fastest clients, how would you implement | 15:21:00 |
| 8 | such a system? | 15:21:04 |
| 9 | MR. HERMAN:  Same objections.  Improper | 15:21:05 |
| 10 | hypothetical, vague and ambiguous, calls for a legal | 15:21:07 |
| 11 | conclusion. | 15:21:14 |
| 12 | THE WITNESS:  First of all, I'd have to identify | 15:21:14 |
| 13 | the fastest nodes. | 15:21:20 |
| 14 | BY MS. NGUYEN: | 15:21:32 |
| 15 | Q    What would you do with the information after you | 15:21:32 |
| 16 | identify the fastest nodes? | 15:21:35 |
| 17 | MR. HERMAN:  Same objection. | 15:21:37 |
| 18 | THE WITNESS:  If I -- if a given client discovered | 15:21:39 |
| 19 | a route through another client that had a finite number of | 15:21:58 |
| 20 | hops, and there was a plurality of such other nodes, then | 15:22:08 |
| 21 | the client would attempt to determine the speed of the | 15:22:27 |
| 22 | route by issuing a loopback command, and in my patents, if | 15:22:41 |
| 23 | a loopback takes more than one second, then that | 15:23:06 |
| 24 | particular route is deemed by my patents to be too slow. | 15:23:14 |
| 25 | BY MS. NGUYEN: | 15:23:30 |

Veritext National Deposition & Litigation Services
866 299-5127

```
 1            I, the undersigned, a Certified Shorthand Reporter
 2   of the State of California, do hereby certify:
 3            That the foregoing proceedings were taken
 4   before me at the time and place herein set forth; that any
 5   witnesses in the foregoing proceedings, prior to
 6   testifying, were administered an oath; that a record of
 7   the proceedings was made by me using machine shorthand
 8   which was thereafter transcribed under my direction; that
 9   the foregoing transcript is a true record of the testimony
10   given.
11            Further, that if the foregoing pertains to the
12   original transcript of a deposition in a Federal Case,
13   before completion of the proceedings, review of the
14   transcript [ ] was [ X ] was not requested.
15            I further certify I am neither financially
16   interested in the action nor a relative or employee
17   of any attorney or any party to this action.
18            IN WITNESS WHEREOF, I have this date subscribed my
19   name.
20
21   Dated: 6/21/13
22                         _____
23                         GINA GLANTZ
24                         CSR No. 9795, RPR, RMR
25
```

Page 212