IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| IP CO., LLC,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>Tropos Networks, Inc.,<br><br>　　　　　Defendant. | CASE NO. 1:06-CV-0585 CC<br><br><br><br>**JURY TRIAL DEMANDED** |

**DECLARATION OF LISA K. NGUYEN IN SUPPORT OF
DEFENDANT TROPOS NETWORKS, INC.'S
OPPOSITION OT PLAINTIFF IP CO., D/B/A INTUS IQ'S
MOTION TO STRIKE TESTIMONY OF DR. ELIZABETH BELDING**

I, Lisa K. Nguyen, declare that I am over 21 years of age and am competent to make the following statements based on my personal knowledge:

1. I am an associate with the firm Latham & Watkins LLP, counsel for Tropos Networks, Inc., in the above-captioned matter.

2. On April 2 and 3, 2013, Plaintiff IP Co., LLC ("IPCO") and Defendant Tropos Networks, Inc. ("Tropos") participated in settlement discussions. The discussions did not yield a settlement. During these discussions before the Court on April 3, the Court suggested that the parties stay discovery in the litigation and attempt private mediation to settle the dispute.

3. As of today's date, IPCO has never served Tropos with an identification of claim terms pursuant to Patent Local Rule 6.1.

4. On May 17, 2013, IPCO and Tropos participated in a meet and confer in order to discuss the claim construction schedule. The goal of the meet and confer process was to allow the parties adequate time to exchange constructions and evidence prior to briefing.

5. Attached hereto as Exhibit 1 is a true and correct copy an April 10, 2013 email from Lisa Nguyen, counsel for Tropos, to Jessica Kattula, counsel for IPCO.

6. Attached hereto as Exhibit 2 is a true and correct copy of a May 6,

2013 email from Lisa Nguyen, counsel for Tropos, to John Herman, counsel for IPCO.

7. Attached hereto as Exhibit 3 is a true and correct copy of a May 9, 2013 email from Lisa Nguyen, counsel for Tropos, to Jessica Kattula, counsel for IPCO.

8. Attached hereto as Exhibit 4 is a true and correct copy of a May 10, 2013 email from Lisa Nguyen to Jessica Kattula, counsel for IPCO.

9. Attached hereto as Exhibit 5 is a true and correct copy of a May 14, 2013 email from Lisa Nguyen, counsel for Tropos to Jessica Kattula, counsel for IPCO.

10. Attached hereto as Exhibit 6 is a true and correct copy of a May 15, 2013 email from Lisa Nguyen, counsel for Tropos, to John Herman, Ryan Walsh and Jessica Kattula, counsel for IPCO.

11. Attached hereto as Exhibit 7 is a true and correct copy of a May 17, 2013 email from Rick Frenkel, counsel for Tropos, to Jessica Kattula, counsel for IPCO.

12. Attached hereto as Exhibit 8 is a true and correct copy of a May 20, 2013 email from Lisa Nguyen, counsel for Tropos, to Jessica Kattula, counsel for IPCO.

13. Attached hereto as Exhibit 9 is a true and correct copy of a May 31, 2013 email from Lisa Nguyen, counsel for Tropos, to Jessica Kattula, counsel for IPCO.

14. Attached hereto as Exhibit 10 is a true and correct copy of a June 5, 2013 email from Lisa Nguyen, counsel for Tropos, to Jessica Kattula, counsel for IPCO.

15. Attached hereto as Exhibit 11 is a true and correct copy of a June 10, 2013 email from Lisa Nguyen, counsel for Tropos, to Jessica Kattula, counsel for IPCO.

16. Attached hereto as Exhibit 12 is a true and correct of a June 14, 2013 email from Lisa Nguyen, counsel for Tropos, to Jessica Kattula, counsel for IPCO.

17. Attached hereto as Exhibit 13 is a true and correct copy of a June 17, 2013 email from Lisa Nguyen, counsel for Tropos, to Jessica Kattula, counsel for IPCO.

18. Attached hereto as Exhibit 14 is a true and correct copy of a May 29, 2013 email from John Herman, counsel for IPCO, to Lisa Nguyen, counsel for Tropos.

19. Attached hereto as Exhibit 15 is a true and correct copy of a June 18, 2013 email from John Eastly of Latham & Watkins LLP, counsel for Tropos, to

Jessica Kattula, John Herman and Ryan Walsh, counsel for IPCO.

20. Attached hereto as Exhibit 16 is a true and correct copy of a June 18, 2013 email from Jessica Kattula, counsel for IPCO, to Lisa Nguyen and Bob Steinberg, counsel for Tropos.

21. Attached hereto as Exhibit 17 is a true and correct copy of a June 29, 2013 email from Jessica Kattula, counsel for IPCO, to Lisa Nguyen and Bob Steinberg, counsel for Tropos.

22. Attached hereto as Exhibit 18 is a true and correct copy a June 24, 2009 email from Lisa Nguyen, counsel for Tropos, to Jessica Kattula, John Herman, Ryan Walsh and Gail Armstrong, counsel for IPCO.

23. Attached hereto as Exhibit 19 is a true and correct of a July 31, 2013 email from Lisa Nguyen, counsel for Tropos, to Jessica Kattula, counsel for IPCO.

24. Attached hereto as Exhibit 20 is a true and correct copy of an August 5, 2013 email from Jessica Kattula, counsel for IPCO, to Lisa Nguyen and Bob Steinberg, counsel for Tropos.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on August 5, 2013.

/s/ Lisa K. Nguyen
Lisa K. Nguyen

## **CERTIFICATE OF COMPLIANCE**

In accordance with Local Rule 7.1D, the undersigned counsel hereby certifies that the foregoing brief was prepared using 14-point Times New Roman font in accordance with L.R. 5.1.

/s/   Bryan G. Harrison