IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| IP CO., LLC d/b/a INTUS IQ<br><br>Plaintiff,<br><br>v.<br><br>Tropos Networks, Inc.,<br><br>Defendant. | CASE NO. 1:06-CV-0585 CC |

**UNOPPOSED MOTION TO EXTEND THE DEADLINE FOR PLAINTIFF IP CO., LLC d/b/a INTUS IQ'S RESPONSE IN OPPOSITION TO DEFENDANT TROPOS NETWORKS, INC.'S MOTION FOR SUMMARY JUDGMENT OF INVALIDITY OF THE '516 PATENT BASED ON 35 U.S.C. § 112, ¶ 2**

Plaintiff IP Co., LLC d/b/a Intus IQ ("Intus IQ") hereby respectfully moves the Court for a one (1) day extension to the deadline for Intus IQ to respond to Defendant Tropos Networks, Inc.'s Motion for Summary Judgment of Invalidity of the '516 Patent (Dkt. No. 159) from August 12, 2013, through and including August 13, 2013.

Intus IQ requests the extension due to a logistical issue and not for purposes of delay. This extension will have no impact on any of the remaining deadlines in the Court's Scheduling Order. Therefore, good cause is shown for the requested extension. Defendant Tropos does not oppose this motion.

- 1 -

- 2 -

Respectfully submitted, this 12th day of August, 2013,

        ROBBINS GELLER RUDMAN
          & DOWD LLP

By: */s/ Jessica M. Kattula*
      Jessica M. Kattula

John C. Herman
Georgia Bar No. 348370
Attorney-in-charge
Ryan K. Walsh
Georgia Bar No. 735190
Jessica M. Kattula
Georgia Bar No. 414056
ROBBINS GELLER RUDMAN
   & DOWD LLP
3424 Peachtree Road, NE
Suite 1650
Atlanta, GA 30326
Telephone: (404) 504-6500
Facsimile:   (404) 504-6501
jherman@rgrdlaw.com
rwalsh@rgrdlaw.com
jkattula@rgrdlaw.com

Attorneys for Plaintiff
IPCO, LLC

- 3 -

## CERTIFICATE OF COMPLIANCE

In accordance with Local Rule 7.1D, the undersigned counsel hereby certifies that the foregoing brief was prepared using 14-point Times New Roman font in accordance with L.R. 5.1.

                                                /s/ *Jessica M. Kattula*
                                                Jessica M. Kattula

## CERTIFICATE OF SERVICE

I hereby certify that, on August 12, 2013, a copy of the foregoing document was filed electronically in compliance with Local Rule CV-5(a). As such, this document was served on all counsel who are deemed to have consented to electronic service. Local Rule CV-5(a)(3)(A).

                                                /s/ *Jessica M. Kattula*
                                                Jessica M. Kattula