IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| IP CO., LLC | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| TROPOS NETWORKS, INC., | ) | Civil Action File |
| | ) | |
| Defendant. | ) | No. 1:06-CV-00585-CC |
| _____ | ) | |

## CERTIFICATE OF SERVICE OF DISCOVERY

I hereby certify that on September 16, 2013 I served the foregoing document, PLAINTIFF IP CO., LLC D/B/A INTUS IQ'S FIRST SUPPLEMENTAL OBJECTIONS AND RESPONSES TO DEFENDANT TROPOS NETWORKS, INC.'S FIRST SET OF INTERROGATOIRES TO PLAINTIFF IP CO., LLC (NO. 3) on counsel of record for Defendant Tropos Networks, Inc. via Electronic Mail.

ROBBINS GELLER RUDMAN
 & DOWD LLP

By: /s/ *Jessica M. Kattula*
       Jessica M. Kattula

John C. Herman
Georgia Bar No. 348370
Attorney-in-charge
Ryan K. Walsh
Georgia Bar No. 735190
Jessica M. Kattula
Georgia Bar No. 414056
ROBBINS GELLER RUDMAN
 & DOWD LLP
3424 Peachtree Road, NE
Suite 1650
Atlanta, GA 30326
Telephone: (404) 504-6500
Facsimile:   (404) 504-6501
jherman@rgrdlaw.com
rwalsh@rgrdlaw.com
jkattula@rgrdlaw.com

Attorneys for Plaintiff
IPCO, LLC